# AFFIDAVIT

STATE OF NEVADA           )
                          ) ss:
COUNTY OF CLARK           )

Patrick Garvey, being duly sworn, says:

1. I once lived at 1609 Elmwood Avenue in Cranston, Rhode Island.

2. My date of birth is January 31, 1947.

3. My social security number is ████████.

4. I have not knowingly entered into any annuity contract with the Transamerica Life Insurance Company.

5. I do not know and have never met Estela Rodrigues, Edward Maggiacomo or anyone from LifeMark Securities Corporation.

6. I have been told by my doctors I need a ████████ and can expect to ████████████████████.

7. Through my church, I was given a flyer advertising financial assistance for the ████████. In response to that advertisement I contacted Raymour Radhakrishnan. Raymour Radhakrishnan contacted me immediately and requested he promptly come to my home in Cranston, Rhode Island.

8. Radhakrishnan paid me a total of $5,000.00 if I would sign a document, which I believed had to do with the financial assistance program.

1

9. Neither Radhakrishnan nor anyone else gave me any information about an annuity contract. Radhakrishnan did not tell me, and I did not understand, that I was signing an application for an annuity contract. I informed Radhakrishnan during the initial meeting that if this was something illegal I wanted nothing to do with the program. Raymour Radhakrishnan gave his personal guarantee that the offer was not illegal and no taxes of any kind would be associated with the assistance program.

Patrick Garvey

Subscribed and sworn to before
me on this _23_ day of
September, 2009.

_____
NOTARY PUBLIC
My Commission Expires _____

2