# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGEUS, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP. and PATRICK GARVEY,<br>　　　　　Defendants. | C.A. No. 09-471/ML<br><br>STIPULATION |

Plaintiff and defendants Joseph Caramadre and Estate Planning Resources, Inc. agree that service of process has been properly effected upon these defendants this 2nd day of October, 2009.

| | |
|---|---|
| /s/ Robert G. Flanders | /s/ Brooks R. Magratten |
| Robert G. Flanders, Jr., Esq. | Brooks R. Magratten, Esq., No. 3585 |
| Hinckley, Allen & Snyder | Michael J. Daly, Esq. No. 6729 |
| Attorneys for Defendants | PIERCE ATWOOD LLP |
| 　Joseph Caramadre and | 　Attorneys for Plaintiff |
| 　Estate Planning Resources, Inc. | 10 Weybosset St., Suite 400 |
| 50 Kennedy Plaza, Suite 1500 | Providence, RI 02903 |
| Providence, RI 02903 | (401)588-5113 [Tel.] |
| (401) 274-2000 [Tel.] | (401)588-5166 [Fax] |
| (401) 277-9600 [Fax] | mdaly@pierceatwood.com |
| flanderg@HASLAW.com | bmagratten@pierceatwood.com |

Dated: October 6, 2009

1

{W1554825.1}

## **CERTIFICATE OF SERVICE**

      I certify that on October 6, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system and that the document is available for viewing and downloading from the Court's CM/ECF system. Service by electronic means has been effectuated on the below counsel of record:

Robert G. Flanders, Jr., Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

                                            /s/ Brooks R. Magratten