# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| Transamerica Life Insurance Company | ) | |
| | ) | |
| _Plaintiff_ | ) | Civil Action No. |
| v. | ) | |
| Patrick Garvey, et al. | ) | **CA09- 471** |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Estella Rodrigues
330 Sowams Road
Barrington, RI 02806

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brooks R. Magratten, Esq. #3585
Michael J. Daly, Esq. #6729
Pierce Atwood LLP
10 Weybosset Street, Suite 400
Providence, Rhode Island 02903
(401) 588-5113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  10|2|09

_Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Estella Rodrigues

was received by me on *(date)* 10/5/09 .

☑ I personally served the summons on the individual at *(place)* Estella Rodrigues

330 Sowams Rd, Barrington RI on *(date)* 10/5/09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 45 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/5/09

_____
Server's signature

Thomas J Sherman JR Process Server
Printed name and title

29 Wade CD Nk, RO2
Server's address

Additional information regarding attempted service, etc: