AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

Transamerica Life Insurance Company )
)
*Plaintiff* )
)
v. ) Civil Action No.
Patrick Garvey, et al. )
) **CA09-471**
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LifeMark Securities Corporation
c/o Mark Priest
400 W Metro Park
Rochester, NY 14623-2619

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brooks R. Magratten, Esq. #3585
Michael J. Daly, Esq. #6729
Pierce Atwood LLP
10 Weybosset Street, Suite 400
Providence, Rhode Island 02903
(401) 588-5113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/2/09

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Richard S. Kehoe__
was received by me on *(date)* __10/5/09__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Laurie Albert, Compliance Director__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Lifemark
Securities Corporation__ on *(date)* __10/5/2009__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/8/2009__

__Richard S. Kehoe__
Server's signature

__Richard S. Kehoe, Process Server__
Printed name and title

__Rochester, NY__
Server's address

Additional information regarding attempted service, etc: