# EXHIBIT 1

# Rhode Island Catholic

WWW.THERICATHOLIC.COM　　FAITH, FAMILY & LIFE SINCE 1875　　DECEMBER 6, 2007 ■ 50¢

LaSalle Academy fights back against underage drinking.
PAGE 5



Diocesan youth rally together at Cathedral
PAGE 7

## La Salette tradition lights up Advent season




lay people from several parishes during a presentation at St. Anthony Parish. He also spoke to diocesan priests earlier in the day during a separate lecture. Both clergy and lay people alike are concerned about the falling numbers.

Many people point to low rates of youth and young adult Church participation as the cause of declining

of Catholics — committed and lapsed, or those who regularly attended Mass and those who didn't. Today, Dixon said, this survey and others reveal the emergences of a third group of Catholics who don't attend Mass but still consider themselves committed to their faith.

In 2004 Dixon and several other

• Concerns about the parish community, particularly having difficulty feeling welcomed by a new parish.

• A sense of exclusion by Church rules, this included rules on sexuality and feelings that the Church has excluded individuals and their families based on sexual orientation. Respondents also cited some

the children are grown and have left the house the parents no longer feel any pressure to continue attending and are among those adult Catholics who drift away from Mass in middle age.

The most hopeful news Dixon had for those who attended his lecture was that most of the 41 people interviewed were completely open to a return to Mass

churches are facing. "The U.S. has a far stronger Church-going tradition that Australia," he said. According to a 2004 Gallup poll, 45 percent of American Catholics attended Mass in the week prior to the poll, compared with 67 percent in 1965. In Australia, only 15.3 percent of Catholics attended Mass in any given week, according to a 2001 poll.

---



## Terminal Illness?
### $2,000 in CASH, Immediately Available

Compassionate organization provides financial assistance for terminally ill individuals and/or their families.

Money may be used for ANY purpose:
- Funeral Costs
- Hospice Bills
- Nursing Home expenses
- Home Health Care expenses
- Gifts to Family members
- Gifts to Charity

### Please Call 401-941-9273
(Family Members Welcomed to Call)

**Any individual between 19 to 96 years old with a terminal illness and a life expectancy of less than 3 months is automatically qualified. No Racial, Religious, Gender or Ethnic Bias

---

## IS YOUR BATHTUB UGLY?
### BATH FITTER™

We install a new custom acrylic bathtub over your worn or damaged tub.

We feature a Custom Seamless Wall System

Financing available

**253-8500**
**1-800-253-8501**

Wall Unit
New Tub
Old Tub

Reg. # 14918



---



### FRESH HOLIDAY TURKEYS & GEESE



**BELWING TURKEY FARM**
Since 1944

A World of Difference When it's FRESH

**Call Now!**
For Your Individual or Company Gift Order

**(508) 336-9142**

Christmas Gift Orders a Specialty

773 Taunton Avenue
Rte 44 - Seekonk, MA