UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


TRANSAMERICA LIFE INSURANCE    :
COMPANY,                       :
                   Plaintiff, :
                               :
v.                             :          CA 09-471 ML
                               :
JOSEPH CARAMADRE, RAYMOUR      :
RADHAKRISHNAN, ESTATE PLANNING :
RESOURCES, INC., ESTELLA       :
RODRIGEUS, EDWARD MAGGIACOMO,  :
JR., LIFEMARK SECURITIES CORP.,:
and PATRICK GARVEY,            :
                  Defendants. :


**NOTICE AND ORDER**

The Court will conduct a hearing on Plaintiff's Motion to
Conduct Expedited Discovery (Doc. #4) ("Motion") on Monday,
October 26, 2009, at 10:00 a.m. in Courtroom B, John O. Pastore
Federal Building & U.S. Post Office, Two Exchange Terrace,
Providence, Rhode Island.  At the hearing, the Court will
consider Plaintiff's request that it be allowed to take the
deposition of Defendant Patrick Garvey immediately.

As Defendants have yet to file their answers or otherwise
respond to the Complaint, the Court orders Plaintiff to provide
each Defendant with a copy of this Notice and Order.  Defendants
are not required to attend the hearing, but if they object to the
Motion, they should make their objection known to the Court by
either attending the hearing or filing a written objection.  Any
written objection should be filed by October 23, 2009.

ENTER:


/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
October 16, 2009