# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| Transamerica Life Insurance Company, | ) ) ) | C.A. No.: 09-471 / ML |
| Plaintiff | ) ) |  |
| vs. | ) ) |  |
| Joseph Caramadre, Raymour Radhakrishnan, Estate Planning Resources, Inc., Estella Rodrigues, Edward Maggiacomo, Jr., LifeMark Securities Corp., and Patrick Garvey, | ) ) ) ) ) ) |  |
| Defendants | ) |  |

## NOTICE OF APPEARANCE

Now comes Anthony M. Traini and hereby enters his appearance on behalf of Defendant Edward L. Maggiacomo, Jr.

                                                        EDWARD MAGGIACOMO, JR.
                                                        By his Attorney,
                                                        */s/ Anthony M. Traini*
                                                        Anthony M. Traini
                                                        Anthony M. Traini, P.C.
                                                        56 Pine Street, Suite 200
                                                        Providence, RI 02903
                                                        Tel. (401) 621-4700
                                                        Fax. (401) 621-5888
                                                        amt@trainilaw.com

Dated: October 16, 2009

## CERTIFICATE OF SERVICE

I, Anthony M. Traini certify that this document was served on counsel of record for each party via the ECF system.

                                                                    */s/ Anthony M. Traini*