UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Transamerica Life Insurance Company,<br>　　　　Plaintiff<br><br>　　　vs.<br><br>Joseph Caramadre, Raymour Radhakrishnan,<br>Estate Planning Resources, Inc., Estella<br>Rodrigues, Edward Maggiacomo, Jr.,<br>Lifemark Securities Corp., and Patrick<br>Garvey,<br>　　　　Defendants | C.A. No.: 09-471 / ML |

## ENTRY OF APPEARANCE

I, Robert G. Flanders, Jr., hereby enter my appearance on behalf of defendants, Joseph Caramadre, Raymour Radhakrishnan, Estate Planning Resources, Inc., and Estella Rodrigues.

/s/ Robert G. Flanders, Jr.
Robert G. Flanders, Jr. (#1785)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600
Email: rflanders@haslaw.com

DATED: October 21, 2009

## CERTIFICATION

I hereby certify that on October 21, 2009, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert G. Flanders, Jr.

60197-140807
# 1007950-P-v1