UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Transamerica Life Insurance Company,<br>Plaintiff<br><br>vs.<br><br>Joseph Caramadre, Raymour Radhakrishnan,<br>Estate Planning Resources, Inc., Estella<br>Rodrigues, Edward Maggiacomo, Jr.,<br>Lifemark Securities Corp., and Patrick<br>Garvey,<br>Defendants | C.A. No.: 09-471 / ML |

## STIPULATION

Plaintiff and Defendants, Joseph Caramadre, Raymour Radhakrishnan, Estate Planning Resources, Inc., and Estella Rodrigues (hereinafter the "Stipulating Defendants") hereby stipulate as follows:

1. Plaintiff effected service of process on Raymour Radhakrishnan with its original Complaint on October, 14, 2009;

2. Plaintiff served the Stipulating Defendants with copies of its Amended Complaint on October 22, 2009; and

3. Plaintiff and the Stipulating Defendants have agreed that the Stipulating Defendants have until the end of November 16, 2009 to serve their responsive pleadings to the Plaintiff's Amended Complaint.

/s/ Robert G. Flanders, Jr.
Robert G. Flanders, Jr. (#1785)
Hinckley, Allen & Snyder LLP
Attorney for Defendants
  Conreal, LLC
  Harrison Condit
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
rflanders@haslaw.com

/s/ Michael J. Daly
Brooks R. Magratten, Esq., No 3585
Michael J. Daly, Esq. No. 6729
PIERCE ATWOOD LLP
Attorneys for Plaintiff
10 Weybosset St., Suite 400
Providence, RI 02903
Tel. (401) 588-5113
Fax (401) 588-5166
mdaly@pierceatwood.com
bmagratten@pierceatwood.com

Dated: October 27, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Robert G. Flanders, Jr.