**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Transamerica Life Insurance Company,<br>           Plaintiff<br><br>vs.<br><br>Joseph Caramadre, Raymour Radhakrishnan, Estate Planning Resources, Inc., Estella Rodrigues, Edward Maggiacomo, Jr., Lifemark Securities Corp., and Patrick Garvey,<br>           Defendants | C.A. No.: 09-471 / ML |

## STIPULATION

Plaintiff and Defendant Edward Maggiacomo, Jr. hereby stipulate as follows:

1. Plaintiff effected service of process on Defendant with its original complaint on October 5, 2009.

2. Defendant through his counsel has accepted service of Plaintiff's Amended Complaint as of the date of its filing, October 16, 2009.

3. Plaintiff and Defendant agree that Defendant shall have until the end of November 16, 2009 to serve his responsive pleading to the Plaintiff's Amended Complaint.

1

| | |
|---|---|
| */s/Anthony M. Traini* | */s/Brooks R. Magratten* |
| Anthony M. Traini (#4793) | Brooks R. Magratten (#3585) |
| Anthony M. Traini, P.C. | Michael J. Daly (#6729) |
| Attorney for Defendant Maggiacomo | PIERCE ATWOOD, LLP |
| 56 Pine Street, Suite 200 | Attorneys for Plaintiff |
| Providence, RI 02903 | 10 Weybosset Street, Suite 400 |
| Tel. (401) 621-4700 | Tel. (401) 588-5113 |
| Fax. (401) 621-5888 | Fax. (401) 588-5166 |
| amt@trainilaw.com | mdaly@pierceatwood.com |
| | bmagratten@pierceatwood.com |

CERTIFICATE OF SERVICE

     I hereby certify that on October 27, 2009 service was made via the ECF system upon all counsel of record and by mail upon those unable to accept service via the ECF system.

*/s/ Anthony M. Traini*

## CERTIFICATE OF SERVICE

I, Robert G. Flanders, Jr., certify that a copy of this Memorandum of Law will be sent on October 16, 2009 by First Class Mail to counsel of record for each party.

                                                Robert G. Flanders, Jr., Esq.
                                                Hinckley, Allen & Snyder LLP
                                                50 Kennedy Plaza, Suite 1500
                                                Providence, RI  02903
                                                Tel.   (401) 274-2000
                                                Fax.  (401) 277-9600
                                                rflanders@haslaw.com