# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 09-471/ML ) ) |
| JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP. and PATRICK GARVEY, | ) ) ) ) ) ) |
| Defendants. | ) |

## APPLICATION FOR ENTRY OF DEFAULT OF LIFEMARK SECURITIES CORP.

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Transamerica Life Insurance Company ("Transamerica") hereby requests that the Clerk of the Court enter default against defendant Lifemark Securities, Corp. ("Lifemark"). Transamerica files herewith a supporting memorandum of law.

Respectfully submitted,

/s/ Michael J. Daly
Brooks R. Magratten, Esq., No. 3585
Michael J. Daly, Esq. No. 6729
PIERCE ATWOOD LLP
Attorneys for Plaintiff
10 Weybosset St., Suite 400
Providence, RI 02903
(401)588-5113 [Tel.]
(401)588-5166 [Fax]
mdaly@pierceatwood.com
Dated: November 3, 2009        bmagratten@pierceatwood.com

{W1589742.1}

# CERTIFICATE OF SERVICE

I hereby certify that the within document was electronically filed with the clerk of the court on November 3, 2009 and that a copy of such document is available for viewing and downloading through the Court's ECF system.

Counsel for defendants Caramadre, Radhakrishnan, Estate Planning Resources, Rodrigues and Maggiacomo have been served with a copy of this document electronically. A copy of this document will be served by US Mail, first class postage prepaid, on November 3, 2009, to the last known address of defendant Garvey and to defendant Lifemark Securities Corp. at 400 W. Metro Park, Rochester NY, 14623.

/s/ Michael J. Daly

{W1589742.1}

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | ) ) |
| Plaintiff, | ) ) |
| | ) C.A. No. 09-471/ML |
| v. | ) ) |
| JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP. and PATRICK GARVEY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF APPLICATION FOR
<u>ENTRY OF DEFAULT OF LIFEMARK SECURITIES CORP.</u>**

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Transamerica Life Insurance Company requests that the Clerk of the Court enter default against defendant Lifemark Securities, Corp. ("Lifemark") for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure. In support of this application, Transamerica refers the Court to the return of service filed on October 14, 2009 [Dkt. 8], confirming that service was made upon Lifemark on October 5, 2009. More than 20 days have passed since the date of service and Lifemark has failed to plead or otherwise defend. Therefore, the entry of default is appropriate pursuant to Rule 55(a).

Respectfully submitted,

/s/ Michael J. Daly
Brooks R. Magratten, Esq., No. 3585
Michael J. Daly, Esq. No. 6729
PIERCE ATWOOD LLP
Attorneys for Plaintiff
10 Weybosset St., Suite 400
Providence, RI 02903

|  |  |
|---|---|
| Dated: November 3, 2009 | (401)588-5113 [Tel.]<br>(401)588-5166 [Fax]<br>mdaly@pierceatwood.com<br>bmagratten@pierceatwood.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the within document was electronically filed with the clerk of the court on November 3, 2009 and that a copy of such document is available for viewing and downloading through the Court's ECF system.

Counsel for defendants Caramadre, Radhakrishnan, Estate Planning Resources, Rodrigues and Maggiacomo have been served with a copy of this document electronically. A copy of this document will be served by US Mail, first class postage prepaid, on November 3, 2009, to the last known address of defendant Garvey and to defendant Lifemark Securities Corp. at 400 W. Metro Park, Rochester NY, 14623.

/s/ Michael J. Daly