UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY<br>    Plaintiff,<br><br>v.<br><br>JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP. and PATRICK GARVEY,<br>    Defendants. | C.A. No. 09-471/ML |

## APPLICATION FOR ENTRY OF DEFAULT OF LIFEMARK SECURITIES CORP.

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Transamerica Life Insurance Company ("Transamerica") hereby requests that the Clerk of the Court enter default against defendant Lifemark Securities, Corp. ("Lifemark"). Transamerica files herewith a supporting memorandum of law.

Respectfully submitted,

**DEFAULT HEREBY ENTERED AS TO LIFEMARK SECURITIES CORP.**

Deputy Clerk – November 4, 2009

/s/ Michael J. Daly
Brooks R. Magratten, Esq., No. 3585
Michael J. Daly, Esq. No. 6729
PIERCE ATWOOD LLP
Attorneys for Plaintiff
10 Weybosset St., Suite 400
Providence, RI 02903
(401)588-5113 [Tel.]
(401)588-5166 [Fax]
mdaly@pierceatwood.com
bmagratten@pierceatwood.com

{W1589742.1}