UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No. 09-471 |
| | : | |
| PATRICK GARVEY, et al, | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

Joseph V. Cavanagh, Jr. and Mary Cavanagh Dunn hereby enter their appearance on behalf of defendant LifeMark Securities Corporation.

LIFEMARK SECURITIES CORPORATION

By Their Attorneys,

/s/ Joseph V. Cavanagh, Jr.

Joseph V. Cavanagh, Jr. (#1139)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)
jvc@blishcavlaw.com
mcd@blishcavlaw.com

Dated: November 4, 2009

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court DM/ECF System.

/s/ Joseph V. Cavanagh, Jr.