UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Transamerica Life Insurance Co.　　　CA 09-471ML

vs.

Joseph Caramadre, et al

## ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

*Mary M. Lisi*
Mary M. Lisi
Chief U.S. District Judge
November 5, 2009

　　　Entered as an Order of this Court on November 5, 2009.

*Barbara Barletta*
Deputy Clerk