UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY<br>Plaintiff,<br><br>v.<br><br>JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP. and PATRICK GARVEY,<br>Defendants. | C.A. No. 09-471/S |

PLAINTIFF'S RULE 7.1 DISCLOSURE

Plaintiff Transamerica Life Insurance Company submits the following corporate disclosure statement:

Transamerica Life Insurance Company is owned by Transamerica International Holdings, Inc. which is owned by AEGON USA, LLC, owned by AEGON U.S. Holding Corporation, owned by Transamerica Corporation, owned by The AEGON Trust.

/s/ Michael J. Daly
Brooks R. Magratten, Esq., No. 3585
Michael J. Daly, Esq. No. 6729
PIERCE ATWOOD LLP
Attorneys for Plaintiff
10 Weybosset St., Suite 400
Providence, RI 02903
(401)588-5113 [Tel.]
(401)588-5166 [Fax]
mdaly@pierceatwood.com
bmagratten@pierceatwood.com

Dated: November 5, 2009

# CERTIFICATE OF SERVICE

I certify that on November 5, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system and that the document is available for viewing and downloading from the Court's CM/ECF system. Service by electronic means has been effectuated on the below counsel of record:


Robert G. Flanders, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Mary Cavanagh Dunn
Blish & Cavanagh,LLP
30 Exchange Terrace
Providence, RI 02903

Anthony M. Traini, Esq.
Anthony M. Traini, P.C.
56 Pine Street, Suite 200
Providence, RI 02903

/s/ Michael J. Daly