UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br>　　　　　　Plaintiff<br><br>vs.<br><br>JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP., and PATRICK GARVEY,<br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.: 09-471-WS |

## DEFENDANT ESTATE PLANNING RESOURCES, INC.'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1(a), Defendant Estate Planning Resources, Inc. states that it does not have a parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

　　　　　　　　　　　　　　　　　　Estate Planning Resources, Inc.,
　　　　　　　　　　　　　　　　　　By its Attorney,


　　　　　　　　　　　　　　　　　　/s/ Robert G. Flanders, Jr.
　　　　　　　　　　　　　　　　　　Robert G. Flanders, Jr., Esq. (#1785)
　　　　　　　　　　　　　　　　　　Hinckley, Allen & Snyder LLP
　　　　　　　　　　　　　　　　　　50 Kennedy Plaza, Suite 1500
　　　　　　　　　　　　　　　　　　Providence, RI  02903
　　　　　　　　　　　　　　　　　　Tel.  (401) 274-2000
　　　　　　　　　　　　　　　　　　Fax. (401) 277-9600
　　　　　　　　　　　　　　　　　　rflanders@haslaw.com

Dated:  November 11, 2009

## CERTIFICATE OF SERVICE

  I hereby certify that on November 11, 2009, a copy of the within document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 */s/ Robert G. Flanders, Jr.*