# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Transamerica Life Insurance Company,<br>               Plaintiff<br><br>vs.<br><br>Joseph Caramadre, Raymour Radhakrishnan, Estate Planning Resources, Inc., Estella Rodrigues, Edward Maggiacomo, Jr., Lifemark Securities Corp., and Patrick Garvey,<br>               Defendants | C.A. No.: 09-471 S |

## STIPULATION

Plaintiff and Defendant Edward Maggiacomo, Jr. hereby stipulate that Defendant shall have until December 4, 2009 to file his responsive pleading to Plaintiff's Amended Complaint.

| | |
|---|---|
| */s/Anthony M. Traini*<br>Anthony M. Traini (#4793)<br>Anthony M. Traini, P.C.<br>Attorney for Defendant Maggiacomo<br>56 Pine Street, Suite 200<br>Providence, RI  02903<br>Tel.   (401) 621-4700<br>Fax.   (401) 621-5888<br>amt@trainilaw.com | */s/Brooks R. Magratten*<br>Brooks R. Magratten (#3585)<br>Michael J. Daly (#6729)<br>PIERCE ATWOOD, LLP<br>Attorneys for Plaintiff<br>10 Weybosset Street, Suite 400<br>Tel.   (401) 588-5113<br>Fax.   (401) 588-5166<br>mdaly@pierceatwood.com<br>bmagratten@pierceatwood.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2009 service was made via the ECF system upon all counsel of record and by mail upon those unable to accept service via the ECF system.

                                                                              */s/ Anthony M. Traini*