# EXHIBIT A

# Program for the Terminally Ill

## presented to: Home & Hospice Care of RI

*presented by: Joseph A. Caramadre, Esquire, CPA, CLU, ChFC, CFP*
*Raymour Radhakrishnan*

**Program Specifics**

**2 parties to a contract – Investor and Hospice Patient enter into a business arrangement**

**Eligibility Criteria for hospice patient to join program**
- Hospice patient must be between age 18 & age 98
- U.S. Citizen or permanent resident, must provide Soc Sec #, address etc.
- Must understand the benefits of this joint tenant account

**As a joint account holder, the patient**
- Agrees to a contract that Investor will deposit 100% of funds and investor will receive 100% of any liquidation/redemption proceeds. The patient, in lieu of investing funds will agree to financial participation in one of the two options below. Either participation option will release any and all ownership rights in the joint account to the Investor.
    1. Cash Payment upon successful joint account establishment (Typically 5 Business Days)
    2. Payment upon account liquidation, in which patient designates a beneficiary (family/friend) as a survivor so that a percentage of proceeds can be distributed at a future date (Under this option there is no guarantee of profit or future date of liquidation)

**3 important questions:**

- Is this program Legal?
    – YES, any two individuals can enter into a Joint account, under RI law, as long as both parties give consent. (Patient's power of attorney can give consent on behalf of patient)
- Will the patients ever be required to pay back any funds received?
    – NO, all proceeds received by patient are not refundable. Funds will be kept by patient or designated beneficiary.
- Will this affect a patients Medicare, Medicaid, Social Security or any other Govt. Program?
    – NO, usually receipt of cash does not eliminate or reduce any government assistance program. If needed a patient may designate a family member or loved one to receive funds.

*Estate Planning Resources, Inc.*
1000 Chapel View Blvd., Suite 270, Cranston, Rhode Island 02920
Phone (401) 785-2700 — Fax (401) 785-2723

# Transamerica **Landmark**
## A Flexible Premium Variable Annuity



Transamerica Landmark Product Summary

Featuring Strategic Allocation by
Morningstar Associates[1]



Issued by:



| Not insured by FDIC or any federal government agency. | May lose value. | Not a deposit of or guaranteed by any bank, bank affiliate, or credit union |
| --- | --- | --- |

# Transamerica Landmark Product Summary

## What is a variable annuity?

If you're currently preparing for retirement, it's important to realize that the choices you make today can come back to help you—or hurt you—in the future. A variable annuity is one option that can play a valuable role in helping you plan for your retirement needs. Understanding how a variable annuity works is an essential part of that planning process.

A variable annuity is a long-term financial vehicle designed for retirement. It's a contract between you and an insurance company: you pay the insurance company a sum of money—either in a lump sum or over a period of time—in return for guaranteed payments later in your life.

Variable annuities offer four main features:

- **Tax-deferral.** A variable annuity allows the interest, dividends, and capital gains on your investment to accumulate without incurring taxes. Withdrawals, however, will be subject to ordinary income taxes and, if taken prior to age 59½, a 10% federal tax penalty may apply.

- **Guaranteed lifetime payout options.** After an accumulation period, the resulting value of your deferred annuity can be converted to a series of periodic payments that are guaranteed to last for your entire life.

- **Guaranteed death benefit options.** These optional benefits can potentially shield your annuity assets from the effects of poor market conditions, providing protection for your beneficiaries.

- **Multiple investment options.** You can choose from a variety of investment options, called subaccounts, that allow you to participate in the bond and stock markets. Since these markets can move up and down, performance is called "variable." Investment options are subject to market fluctuation, investment risk, and possible loss of principal. At any time, you could receive less than the total of all premium payments.

*Please consider variable annuity investment objectives, risks, charges, and expenses carefully before investing. The contract and underlying fund prospectuses contain this and other information about the annuity. Please call 1-800-525-6205 to obtain a prospectus and read it carefully before you invest.*

**All guarantees are based on the claims-paying ability of Transamerica Life Insurance Company. Guarantees do not apply to the investment options.**

**1**

# Is Transamerica Landmark right for you?

Transamerica Landmark is a flexible-premium variable annuity issued by Transamerica Life Insurance Company (Transamerica). It may be able to help you meet retirement challenges by providing features to help build and protect your retirement assets. Remember, the way you plan your finances today will come back to you in the future, and you want your decisions to help you and your loved ones.

When you purchase a Transamerica Landmark Variable Annuity you will enjoy many benefits, including:

- A product that may help you grow assets for retirement.

- Investment options ranging from capital preservation to growth, expertly managed by some of the leading money management firms in the financial industry. These include asset allocation subaccounts using Strategic Allocation by Morningstar Associates.†

- The option to choose a living benefit that can provide withdrawals for life.

- Optional death benefits designed to protect your beneficiaries.

---

Variable annuities can play an important role in your retirement plan, but they are not for everyone. Before investing, you and your investment professional should discuss some aspects of variable annuities that may affect their appropriateness for your situation, including cost, investment timeframe, and other retirement assets you may have. Variable annuities are subject to investment risk, including possible loss of principal. Due to fluctuating market conditions, your policy value may be more or less than the total of all premium payments at the time of distribution.

A qualified financial professional can help you determine whether an annuity is appropriate for you. Considerations should include: age, income, net worth, tax status, insurance needs, financial objectives, liquidity needs, time horizon, risk tolerance, and any other applicable information. Together, you can decide if an annuity is right for you.

---

This brochure was prepared to support the promotion and marketing of Transamerica annuities. Transamerica, its distributors, and their respective representatives do not provide tax, accounting, or legal advice. Any tax statements contained herein were not intended or written to be used, and cannot be used for the purpose of avoiding U.S. federal, state, or local tax penalties. Please consult with your own independent advisor as to any tax, accounting, or legal statements made herein.

# Transamerica Landmark Features

Transamerica Landmark offers a variety of standard features that make managing your annuity easier. It also gives you the opportunity to customize your annuity with optional living and death benefits that give you additional choices for providing guaranteed withdrawals for life and passing along your annuity assets to loved ones.

Not all features described in this summary are available in all states and may vary by state. Check with your investment professional for availability.

## Annuitization

The opportunity to receive guaranteed lifetime payments is one of the unique features of variable annuities. Should you decide to annuitize your contract, you can choose from a variety of payment schedules and options.

Transamerica Landmark also offers an annuitization option, **Life with Emergency Cash℠**, that gives you access to partial or full surrenders after annuitization. Note that partial surrenders will reduce future annuity payments. Life with Emergency Cash℠ also pays a death benefit should you die during annuitization. The four-year surrender charge schedule is 4%, 3%, 2%, and 1% of the annuitized amount. In New Jersey, this feature is known as Life with Available Cash℠.

## Fees and Charges

- $35 Annual Service Charge (waived with net premiums paid or policy value of $50,000 or more).

- Underlying portfolio expenses will apply.

- The Mortality & Expense Risk Fee & Administrative Charge (M&E&A) is an annual fee deducted daily based on subaccount assets. During the accumulation phase, the M&E&A is 1.30% for Return of Premium Death Benefit, 1.95% for Double Enhanced Death Benefit, and 1.50% for Annual Step-Up Death Benefit. During the annuitization phase the M&E&A is 1.25% annually.

- Additional fees will apply to optional riders.

- Surrender Charge Schedule (applies to each premium payment).

| Years Since Premium Payment | 1 | 2 | 3 | 4 | 5 | 6 | 7 | After Year 7 |
|---|---|---|---|---|---|---|---|---|
| % | 8% | 8% | 7% | 6% | 5% | 4% | 3% | 0% |

## Contract Requirements

- Minimum Initial Premium of $5,000 for nonqualified plans; $1,000 for qualified plans. Premiums greater than $1,000,000 ($500,000 if over age 80) require prior approval.

- You may make subsequent premiums with a minimum of $50.

- Policy owner and annuitant must be 90 or younger at time of issue. In Minnesota and Oklahoma, the policy owner and annuitant must be 85 or younger at the time of issue.

## Important Information

Withdrawals of taxable amounts will be subject to ordinary income taxes and, if taken prior to age 59½, a 10% federal tax penalty may apply. Please see the policy for any additional restrictions that may apply to withdrawals.

Guarantees are based on the claims-paying ability of Transamerica Life Insurance Company.

# **Protect Assets** for Loved Ones

Transamerica's standard and optional death benefits can help you pass along more of your investment to your loved ones after you're gone. Here are the options available:

- **Return of Premium.** Transamerica Landmark comes standard with this death benefit, which will pay your beneficiaries the total of all premiums paid, less any adjusted partial withdrawals.

- **Double Enhanced.** This death benefit will pay out the greater of 6% Annual Compounding or Monthly Step-Up. 6% Annual Compounding pays your beneficiaries an amount equal to your total premiums, less any adjusted partial withdrawals, accumulated at an effective annual rate of 6%. Compounding occurs until the earlier of the annuitant's date of death or 81st birthday. Monthly Step-Up guarantees an amount equal to the highest policy value on the policy date or any monthly anniversary, plus premiums and less any adjusted partial withdrawals that occur after the monthly anniversary with the highest policy value. After the annuitant turns 81, the benefit will increase by premiums and decrease by adjusted partial withdrawals, but will no longer step up in value. The applicable charge for this death benefit will continue to be deducted even after the stepping up stops. The death benefit must be elected at the time of purchase, before age 76. Investment options with this death benefit are limited. This death benefit is not available in conjunction with any living benefits.

- **Annual Step-Up.** This guarantees a death benefit equal to the largest policy value on the policy date or any policy anniversary, plus premiums and less any adjusted partial withdrawals that occur after the highest policy anniversary. After the annuitant turns 81, the benefit will increase by premiums and decrease by adjusted partial withdrawals, but will no longer step up in value. The applicable charge for this death benefit will continue to be deducted even after the stepping up stops. This death benefit must be elected at the time of purchase, before age 76.

Death benefits are only effective prior to annuitization and are subject to other conditions. Death benefit proceeds are taxable to the beneficiary. The adjustments due to partial withdrawals will reduce the death benefit amount in direct proportion, or dollar for dollar, to the percentage the policy value was reduced, assuming the policy value is less than the death benefit value. This can increase the amount deducted from the death benefit to be more than the amount withdrawn.

# **Access** to Your Policy

Transamerica Landmark offers a variety of ways to access your policy value without a surrender charge or Excess Interest Adjustment. These features are all available at no additional charge when you purchase this variable annuity.

- **Nursing Care and Terminal Condition Withdrawals.** On or after the policy date, if you or your spouse were to be confined to a hospital or nursing facility for 30 consecutive days, or diagnosed with a terminal condition with less than one year to live, you could tap into your Landmark annuity. A minimum withdrawal of $1,000 applies.

- **Partial Withdrawals.** You may take up to the greater of 10% of your premium payments ($500 minimum) or any gains in the policy once each year.

- **Unemployment Waiver.** If you become unemployed, you may be able to take withdrawals from your policy. A $5,000 minimum cash value is required at time of surrender. Conditions apply. See the prospectus for details.

- **Systematic Payout.** You may take monthly, quarterly, semi-annual, or annual withdrawals ($50 minimum) of up to the greater of the gains in the policy or 10% of the premium payments annually.

# **Manage** Your Investment Options

In addition to professional money management by Morningstar Associates[1], Transamerica Landmark offers the following features to make managing your variable annuity easy:

- **Automatic Asset Rebalancing.** This feature helps you maintain the asset allocation balance you've selected by automatically transferring money between your subaccounts on a regular basis—always a nontaxable event—so your original allocation objectives are maintained.

- **Guaranteed Period Options.** Guaranteed Period Options (GPOs) are guaranteed interest periods of the fixed account. GPOs of one, three, five, and seven years are available in most states. An Excess Interest Adjustment may apply if withdrawals are taken from a GPO prior to its maturity date. This could increase or decrease the amount withdrawn.

- **Transfers.** During the accumulation phase, you are allowed 12 free transfers between subaccounts each year. No market timing is allowed. A $10 fee may apply for each additional transfer.

- **Dollar Cost Averaging.** This allows you to gradually invest over a period of time, systematically buying more units when prices are low and fewer units when prices are high. This can potentially lower the average cost of your variable units. Keep in mind that dollar cost averaging does not guarantee a profit or protect against loss in a declining market. Should you elect to make transfers from the Fixed Account, any fixed rates credited will be paid on declining balances resulting in a significantly lower effective rate. You should also carefully consider your financial ability to continue payments through periods of both low and high price levels.

All guarantees are based on the claims-paying ability of Transamerica Life Insurance Company.

5

# **Invest** Strategically

When you purchase the Transamerica Landmark Variable Annuity, you can choose from a wide selection of subaccounts. These subaccounts range from capital preservation to growth, and are managed by some of the leading money management firms in the financial industry.

Transamerica Landmark offers five asset allocation subaccounts managed by Morningstar Associates that provide an easy way to diversify your premiums. Diversification spreads your money across asset classes and equity styles. This process may help reduce the risks of inflation and market volatility—two factors that inhibit the growth of your portfolio. Keep in mind that asset allocation does not ensure a profit or guarantee against a loss.

**M⊖RNINGSTAR**  The Morningstar Associates asset allocation process is as follows:

- Design the asset allocation subaccounts.
- Select the underlying investment options.
- Monitor for style drift and stock overlap.
- Rebalance with daily net cash flows.



Conservative          Moderate

Moderate          Growth*          International Moderate
Growth                          Growth Fund

*The Asset Allocation – Growth Portfolio is not available with the Double Enhanced Death benefit.

The allocations shown above are approximate target allocations and are subject to change. Morningstar Associates, LLC, a wholly owned subsidiary of Morningstar, Inc. and registered investment advisor, acts as the portfolio construction manager for the portfolios. Morningstar Associates is not acting in the capacity of an advisor to individual investors.

6



Please consider variable annuity investment objectives, risks, charges, and expenses carefully before investing. The contract and underlying fund prospectus contain this and other information about the annuity. Please call 1-800-525-6205 to obtain a prospectus and read it carefully before investing.

Withdrawals are subject to ordinary income tax and, if taken prior to age 59½, a 10% federal tax penalty may apply.

All policies, riders, and forms may vary by state, and may not be available in all states.

AV920 101 168 603, AV924 101 168 603, Oregon AV1068 101 168 603, RGMD 8 0603, RGMD 8 0603 (OR), RGMD 5 0103, RGMD 5 0103 (FL), RGMD 5 0103 (OR), RGMD 15 0108, RGMD 15 0108 (FL), RGMD 15 0108 (OR)

¹ Morningstar Associates, LLC, a registered investment advisor and wholly owned subsidiary of Morningstar, Inc., serves as portfolio construction manager to the asset allocation portfolios. Morningstar Associates is not acting in the capacity of an advisor to individual investors. The Morningstar name and logo are registered marks of Morningstar, Inc. All other marks are the property of their respective owners. Morningstar Associates, LLC and its affiliates are not affiliated with Transamerica Life Insurance Company or its affiliates.



INSURANCE MARKETPLACE
STANDARDS ASSOCIATION

Transamerica Life Insurance Company is a member of the Insurance Marketplace Standards Association (IMSA). IMSA is an independent organization that was established to maintain high standards of market conduct for individually sold life and annuity products. Rigorous membership requirements and adherence to IMSA's Principles and Code of Ethical Market Conduct demonstrate our commitment to the highest market and business standards.

# Product Guide
## Landmark | Liberty | Extra | Freedom




## TRANSAMERICA
### LIFE INSURANCE COMPANY

| Not insured by FDIC or any federal government agency. | May lose value. | Not a deposit of or guaranteed by any bank, bank affiliate, or credit union. |
|---|---|---|

## Transamerica Series of Variable Annuities
## Features for All Products

**Annuitization Options**
Life with Emergency Cash℠[1] Allows access to partial or full withdrawals after annuitization (at least $2,500 must be surrendered, maximum 4% surrender charge may apply).

Standard Options: Income for a specified period; life income; income of a specified amount; joint and survivor annuity.

**Automatic Rebalancing**[2]
Monthly, Quarterly, Semi-Annually, and Annually.

**Withdrawal Options**
• Minimum partial withdrawal $500.
• Withdrawals from the Fixed Account may be subject to Excess Interest Adjustment (EIA). EIA is not applicable in all states.

**Dollar Cost Averaging (DCA)**
• Traditional: Monthly (Minimum 6 / Maximum 24) or Quarterly (Minimum 4 / Maximum 8).
• Special: 6- or 12-month DCA account (moved on a monthly basis). Both types have a $500 minimum transfer.

**Minimum Premium**
• Non-qualified: $5,000 initial, $50 subsequent.
  (For Freedom only: Non-qualified: $15,000 initial, $50 subsequent.)
• Qualified: $1,000 initial, $50 subsequent.

**Maximum Premium**
$1,000,000, $500,000 if over age 80 (without prior approval). Company reserves the right to restrict premium additions.

**Systematic Distributions**
Monthly, Quarterly, Semi-Annually, and Annually ($50 minimum).

**Transfers**
• 12 free transfers per year ($10 fee per transfer thereafter; this does not include Automatic Rebalancing).
• May transfer out of GPO by notifying Transamerica 30 days prior to end of GPO.

Dollar cost averaging results in the purchase of more units when the unit value is low, and fewer units when the unit value is high. However, there is no guarantee that the dollar cost averaging program will result in higher policy values or will otherwise be successful. Dollar cost averaging requires regular investing regardless of fluctuating prices and does not guarantee profits or prevent losses in a declining market. Should your clients elect to make systematic transfers from the Fixed Account, any fixed rates credited will be paid on declining balances resulting in a significantly lower actual rate. Before your client elects this option, they should consider their financial ability to continue transfers through periods of both high and low price levels. Amounts allocated to the subaccounts of the separate account are subject to investment risk, including possible loss of principal.

Guaranteed Period Options (GPO) details: With the Fixed Account, funds are allocated at a fixed interest rate, guaranteed by Transamerica Life Insurance Company, for 1, 3, 5, or 7 years. Availability varies by state. A premature withdrawal from the Fixed Account may be subject to an Excess Interest Adjustment. The adjustment is based upon the difference between the rate set for the option when it was selected and the current rate set by the company at the time the withdrawal is taken. If the new money rate has decreased, your client will benefit from a positive interest adjustment. If the rate has increased, your client will be assessed a negative adjustment. The excess interest adjustment will not decrease the interest credited to the policy below the guaranteed minimum. Restrictions may apply. See prospectus for details.

Variable annuities are long-term financial vehicles designed for retirement purposes and contain underlying investment portfolios that are subject to market fluctuation, investment risk, and possible loss of principal.

Before investing, your client should consider the variable annuity's investment objectives, risks, charges, and expenses. Call 1-800-525-6205 for a contract and prospectus containing this information. Encourage them to read it carefully.

Withdrawals of taxable amounts are subject to ordinary income taxes and, if taken prior to age 59½, a 10% federal tax penalty may apply.

[1] Refers to Life with Available Cash℠ in NJ. Not available in MN or OR.
[2] May not be available in all states and may vary by state.
All guarantees are based on the claims-paying ability of Transamerica Life Insurance Company.

# Transamerica Series of Variable Annuities Optional Benefits

May not be available on all products, check specific product for details. May not be available in all states and may vary by state.

## Death Benefits:

- Policy Value = Policy value at the time of death notification.
- Return of Premium = Premium payments less adjusted partial withdrawals.
- Annual Step-Up Death Benefit = Highest policy value on either the issue date or any policy anniversary, plus premiums, and less adjusted partial withdrawals that occur after the anniversary with the highest value. Step-ups stop at age 81. Issue ages 0-75.
- Double Enhanced Death Benefit = Greater of 6% annual compounding or Monthly Step-Up (compounding and stepping-up stops at age 81). Issue ages 0-75 (see back of brochure for more information). Investment options with this death benefit are limited.

## Policy Options:

### Additional Death Distribution (ADD) Rider

For an additional fee this optional rider may provide an uncapped 40% of rider earnings for issue ages under 71 or 25% for issue ages 71-80. The rider earnings are the policy gains accrued and not previously withdrawn since the rider date. Rider can be elected or dropped at any time prior to age 81. **No benefit is payable if there are no rider earnings on the date the death proceeds are calculated.** Benefits payable from the rider will be taxed as ordinary income, as will the earnings portion of the death benefit.

### Additional Death Distribution+ (ADD+) Rider

For an additional fee this optional rider can provide beneficiaries an uncapped 30% of the rider benefit base for issue ages 0-70, or 20% for issue ages 71-75. The rider benefit base is equal to the policy value at the time the death proceeds are calculated, less any premiums added after the rider date. Rider may be elected at any time prior to age 76. This rider will pay the full benefit amount after the fifth rider anniversary. Prior to that, the benefit amount is equal to this rider's fees paid. The rider may be added or dropped at any time through age 75, though one year must pass between dropping and being added again. **No benefit is payable if premiums added after the rider date exceed the policy value at the time the death proceeds are calculated.** Benefits payable from the rider will be taxed as ordinary income, as will the earnings portion of the death benefit.

## Living Benefits:

### Retirement Income Choice

For an additional fee this optional rider allows for a base rider of single life or joint life structure.

**Single or Joint Structure.** The rider can be structured as joint life or single life. If the joint life option is chosen, the withdrawal percentage will be based on the younger of the annuitant or the annuitant's spouse at the time of the first withdrawal, and the fee will be higher than for single life.

| Attained Age | Annual Withdrawal % | Annual Withdrawal % with Income Enhancement Benefit |
|---|---|---|
| 59-69 | 5.0% | 10.0% |
| 70-79 | 6.0% | 12.0% |
| 80+ | 7.0% | 14.0% |

**Base Rider.** This rider includes both a growth component and lifetime withdrawals. The growth component provides guaranteed, current 5% compounded annual growth on the Withdrawal Base (WB)—the amount upon which withdrawals are based—each year for up to 10 years. No growth will be applied in rider years that withdrawals are taken. With the guaranteed withdrawals for life, the percentage that can be withdrawn each year is based on the annuitant's age when withdrawals are first made, and may not change once withdrawals have started, unless the rider is upgraded. Withdrawals are based on a percentage of the WB.

**Income Enhancement Benefit.** Available for an additional fee. Doubles the withdrawal percentage if the annuitant (or, if the joint life option is elected, their spouse) were to be confined in a facility as defined in the rider for 180 of the last 365 days. This benefit may not be added if the annuitant is already residing in such a facility. Note the rider must be in place for one year prior to receiving benefits; the one-year waiting period and 180-day elimination period may occur simultaneously.

**Automatic Step-Ups.** On each rider anniversary, the WB will be set to equal the greatest of the policy value, the highest Monthiversary℠ (rider month anniversary), or the WB with the 5% compounded growth, if applicable. The highest rider month anniversary is not applicable in years where an excess withdrawal is taken. When the WB is increased to the policy value or the highest Monthiversary™ amount, it is called an automatic step-up. With the automatic step-up your client will not have to keep track of each of these values, and your client's WB will be adjusted to reflect the highest of these amounts. Note that automatic step-ups affect the WB only and do not affect policy value or other rider values. The growth period and withdrawal percentage will not reset with an automatic step-up. The rider fee percentage may increase after the first five rider years with an automatic step-up. Your client will have 30 days after the rider anniversary to reject an automatic step-up, and retain the right to all future automatic step-ups if they reject one. The maximum rider fee allowed is 0.75% higher than the initial fee.

**Manual Upgrades.** Retirement Income Choice can be manually upgraded during the 30-day window following each fifth year rider anniversary. With a manual upgrade, the withdrawal percentage can be increased if the annuitant has entered a new age bracket, and the growth benefit will reset to a new 10-year period. The current rider will terminate and a new one will be issued when the rider is upgraded. The new rider will have its own terms and conditions, and the fee and growth rate may be different.

**Important Information:** The Withdrawal Base (WB) is equal to the policy value when the rider is added, plus any additional premiums, and less any adjustments for excess withdrawals after the rider is added. If the rider is added in the first policy year, the WB does not include any premium enhancements, if applicable. After the first rider year, the WB may be increased by the automatic step-up feature and/or the rider growth percentage. Your client must wait until the rider year after they turn 59 to begin withdrawals. If the rider is purchased prior to age 59, however, the rider fee will still apply. Retirement Income Choice withdrawals reduce the policy value, death benefits, and other annuity values. The rider may be added anytime between ages 0-85 and terminated within 30 days following each fifth year rider anniversary. On the maximum annuity commencement date the rider terminates. Your client will have the option to receive lifetime income payments that are no less than the rider withdrawal amount. Retirement Income Choice's 5% growth rate applies only to the WB; it does not apply to policy value, optional death benefits, or other annuity values. Investment options with this rider are limited. See rider and prospectus for details.

### Guaranteed Principal Solution (GPS)

For an additional fee this option packages three separate guarantees into one rider. The rider provides a Principal Protection accumulation benefit on the 10th rider anniversary, a 7% "Principal Back" withdrawal benefit, and a 5% "For Life" withdrawal benefit. Offers the flexibility to switch between the withdrawal guarantees of this rider at any time. The annuitant may begin taking 5% "For Life" withdrawals on the rider anniversary following their 59th birthday. We will transfer amounts from the subaccounts into the Portfolio Allocation Method (PAM) investment option if the policy value falls below a certain level and back to the current subaccounts on a pro-rata basis when the policy value increases sufficiently. Funds in the PAM investment option may not move back into the market quickly during market upturns and this may result in not being able to fully participate in the market's growth. "Principal" protection refers to "premium" when the rider is added on the policy date and "policy value" if the rider is added thereafter, less any premium enhancements if added during the first policy year. The policy value may be more or less than the premiums paid. The guarantee may not apply to all additional contributions and restrictions apply. Not available in all states and conditions apply. See rider and prospectus for details.

Only one living benefit rider is available on a policy at a time. Withdrawals in excess of the rider withdrawal amount will result in a decrease in the dollar amount of withdrawals available under the rider. Withdrawals may be subject to surrender charges.

## Other Benefits:

### Liquidity Rider

This optional rider allows for a reduced surrender charge schedule from seven to four years for each premium payment. The surrender charge schedule is 8%, 8%, 7%, and 6%. This rider provides greater flexibility when taking withdrawals from the policy.

### Access Rider

This optional rider will, for an additional fee, enhance liquidity by eliminating all surrender charges associated with the product.

For Civil union partners or other similar relationships, please contact a qualified tax advisor prior to purchasing.

**All guarantees are based on the claims-paying ability of Transamerica Life Insurance Company.**

For broker/dealer use only. Not for use with the public.

SUMMARY INFORMATION ONLY.
SEE PROSPECTUS FOR MORE DETAILS.

| Issue Age | • 0-90 annuitant and/or owner. Please contact your internal wholesaler for state variations. |
|---|---|

**Surrender Charge Schedule (based on years since each premium payment)**

| 7-Year CDSC: Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
|---|---|---|---|---|---|---|---|---|
| | 8% | 8% | 7% | 6% | 5% | 4% | 3% | 0% |

**Death Benefit Options**
Mortality & Expense Risk Fee & Administrative Charge (M&E&A)
(See side panel for more details)

- Return of Premium Death Benefit: 1.30%. Issue age 0-90.
- Annual Step-Up Death Benefit: 1.50%. Issue age 0-75.
- Double Enhanced Death Benefit: 1.95%. Issue age 0-75.

M&E&A is deducted daily and is equal to the percentage of the subaccounts annually. The M&E&A after annuitization is 1.25% annually.

**Additional Death Benefits**
(See side panel for more details)

Additional Death Distribution (ADD) Rider:
- 0.25% of the policy value on each rider anniversary and pro-rated at rider termination. Issue age 0-80.

Additional Death Distribution+ (ADD+) Rider:
- 0.55% of the policy value on each rider anniversary and pro-rated at rider termination. Issue age 0-75.

**Living Benefits**
(See side panel for more details)

Retirement Income Choice Rider:

| | Single | Joint |
|---|---|---|
| Base Rider | 0.60% | 0.90% |
| Income Enhancement Benefit | 0.15% | 0.30% |

The initial fees are deducted annually as a percentage of the WB on each rider anniversary (pro-rated at rider termination). The Income Enhancement option is in addition to that of the Base Rider.

Issue age 0-85.

GPS Rider:
- 0.60% currently of the "Principal Back" Total Withdrawal Base (TWB) on each rider anniversary (pro-rated at rider termination). Issue age 0-80.

**Investment Options**
(See Variable Annuities features panel for GPO details)

- 53 subaccounts from 20 money managers.
- Current Guaranteed Period Options of 1, 3, 5, or 7 years. Availability varies by state.

| Distribution Without Surrender Charges | • Greater of 10% of premium payments or any gains once each policy year. |
|---|---|

| Annual Service Charge | • $35 (waived with net premiums paid or policy value of $50,000 or more). |
|---|---|

**Other Benefits**

Liquidity Rider
- 0.50% of the subaccounts annually. The fee will only be deducted for the first four years, and then discontinued.

| **Left Column** | **Right Column** |
|---|---|
| • 0-90 annuitant and/or owner. Please contact your internal wholesaler for state variations. | • 0-85 annuitant and/or owner. |

**4-Year CDSC:**

| Year | 1 | 2 | 3 | 4 | 5+ |
|---|---|---|---|---|---|
| | 8% | 8% | 7% | 6% | 0% |

**9-Year CDSC:**

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10+ |
|---|---|---|---|---|---|---|---|---|---|---|
| | 9% | 8% | 7% | 6% | 5% | 4% | 3% | 2% | 1% | 0% |

| **Left Column** | **Right Column** |
|---|---|
| • Return of Premium Death Benefit: 1.65%. Issue age 0-90. | • Return of Premium Death Benefit: 1.65%. Issue age 0-85. |
| • Annual Step-Up Death Benefit: 1.85%. Issue age 0-75. | • Annual Step-Up Death Benefit: 1.85%. Issue age: 0-75. |
| • Double Enhanced Death Benefit: 2.30%. Issue age 0-75. | • Double Enhanced Death Benefit: 2.30%. Issue age: 0-75. |
| M&E&A is deducted daily and is equal to the percentage of the subaccounts annually. The M&E&A after annuitization is 1.25% annually. | M&E&A is deducted daily and is equal to the percentage of the subaccounts annually. The M&E&A after annuitization is 1.25% annually. |

Additional Death Distribution (ADD) Rider
• 0.25% of the policy value on each rider anniversary and pro-rated at rider termination. Issue age 0-80.

Additional Death Distribution+ (ADD+) Rider
• 0.55% of the policy value on each rider anniversary and pro-rated at rider termination. Issue age 0-75.

Additional Death Distribution (ADD) Rider
• 0.25% of the policy value on each rider anniversary and pro-rated at rider termination. Issue age 0-80.

Additional Death Distribution+ (ADD+) Rider
• 0.55% of the policy value on each rider anniversary and pro-rated at rider termination. Issue age 0-75.

Retirement Income Choice Rider:

| | Single | Joint |
|---|---|---|
| Base Rider | 0.60% | 0.90% |
| Income Enhancement Benefit | 0.15% | 0.30% |

The initial fees are deducted annually as a percentage of the WB on each rider anniversary (pro-rated at rider termination). The Income Enhancement option is in addition to that of the Base Rider.

Issue age 0-85.

GPS Rider:
• 0.60% currently of the "Principal Back" IWB on each rider anniversary (pro-rated at rider termination). Issue age 0-80.

Retirement Income Choice Rider:

| | Single | Joint |
|---|---|---|
| Base Rider | 0.60% | 0.90% |
| Income Enhancement Benefit | 0.15% | 0.30% |

The initial fees are deducted annually as a percentage of the WB on each rider anniversary (pro-rated at rider termination). The Income Enhancement option is in addition to that of the Base Rider.

Issue age 0-85.

GPS Rider:
• 0.60% currently of the "Principal Back" IWB on each rider anniversary (pro-rated at rider termination).

| **Left Column** | **Right Column** |
|---|---|
| • 53 subaccounts from 20 money managers. | • 53 subaccounts from 20 money managers. |
| • Current Guaranteed Period Options of 1, 3, 5, or 7 years. Availability varies by state. | • Current Guaranteed Period Options of 1, 3, 5, or 7 years. Availability varies by state. |
| • Greater of 10% of premium payments or any gains once each policy year. | • Greater of 10% of premium payments or any gains once each policy year. |
| • $35 (waived with net premiums paid or policy value of $50,000 or more). | • $35 (waived with net premiums paid or policy value of $100,000 or more). |
| | • The premium enhancement is currently equal to 5.5% for ages 0-59, 5.0% for ages 60-69, 4.0% for ages 70-79, and 2.0% for ages 80+. It is a fixed percentage in OR and WA, so the percentage for those states will not vary for subsequent premium payments. |

**NO SURRENDER CHARGES**

- 0-90 annuitant and/or owner.

- No contingent deferred sales charge.

- Return of Premium: 1.70%. Issue age 0-90.
- Annual Step-Up Death Benefit: 1.90%. Issue age 0-75.
- Double Enhanced Death Benefit: 2.35%. Issue age 0-75.

M&E&A is deducted daily and is equal to the percentage of the subaccounts annually. The M&E&A after annuitization is 1.25% annually.

**Additional Death Distribution (ADD) Rider**
- 0.25% of the policy value on each rider anniversary and pro-rated at rider termination. Issue age 0-80.

**Additional Death Distribution+ (ADD+) Rider**
- 0.55% of the policy value on each rider anniversary and pro-rated at rider termination. Issue age 0-75.

**Retirement Income Choice Rider:**

|  | Single | Joint |
|---|---|---|
| Base Rider | 0.60% | 0.90% |
| Income Enhancement Benefit | 0.15% | 0.30% |

The initial fees are deducted annually as a percentage of the WB on each rider anniversary (pro-rated at rider termination). The Income Enhancement option is in addition to that of the Base Rider.

Issue age 0-85.

**GPS Rider:**
- 0.60% currently of the "Principal Back" IWB on each rider anniversary (pro-rated at rider termination).

- 53 subaccounts from 20 money managers.
- Current Guaranteed Period Options of 1, 3, 5, or 7 years. Availability varies by state.

- No contingent deferred sales charge.

- $35 (waived with net premiums paid or policy value of $50,000 or more).

## Transamerica Series of Variable
## Annuity Subaccounts by Category[1]

 USA Investment Management, LLC

| |
|---|
| Transamerica Asset Allocation – Conservative VP |
| Transamerica Asset Allocation – Growth VP |
| Transamerica Asset Allocation – Moderate VP |
| Transamerica Asset Allocation – Moderate Growth VP |
| Transamerica International Moderate Growth VP |
| Transamerica Index 50 VP |
| Transamerica Index 75 VP |

 ALLIANCEBERNSTEIN

American Century Investments

BLACKROCK

 Capital Guardian

| **International** |
|---|
| Transamerica Capital Guardian Global VP |
| Transamerica Clarion Global Real Estate Securities VP |
| Janus Aspen – Worldwide Growth Portfolio – Service Shares |
| Transamerica MFS International Equity VP |
| Templeton Foreign Securities Fund – Class 2 |
| Transamerica Templeton Global VP |
| Transamerica Van Kampen Active International Allocation VP |

 Fidelity

| **Small Cap Growth** |
|---|
| MFS New Discovery Series – Service Class |
| Transamerica T. Rowe Price Small Cap VP |

| **Small Cap Blend** |
|---|
| Transamerica Small/Mid Cap Value VP |

 FRANKLIN TEMPLETON INVESTMENTS

BIG CLARION REAL ESTATE SECURITIES

| **Small Cap Value** |
|---|
| Fidelity – VIP Value Strategies Portfolio – Service Class 2 |

| **Mid Cap Growth** |
|---|
| Fidelity – VIP Mid Cap Portfolio – Service Class 2 |
| Janus Aspen – Mid Cap Growth Portfolio – Service Shares |
| Transamerica Growth Opportunities VP |
| Transamerica Van Kampen Mid-Cap Growth VP |

 Invesco Aim

| **Mid Cap Blend** |
|---|
| Transamerica Legg Mason Partners All Cap VP |

| **Mid Cap Value** |
|---|
| Mutual Shares Securities Fund – Class 2 |

 JANUS

JENNISON ASSOCIATES

JPMorgan
Asset Management

| **Large Cap Growth** |
|---|
| AIM V.I. Capital Appreciation Fund – Series II Shares |
| AllianceBernstein Large Cap Growth Portfolio – Class B |
| Fidelity – VIP Contrafund® Portfolio – Service Class 2 |
| Fidelity – VIP Growth Portfolio – Service Class 2 |
| Transamerica Jennison Growth VP |
| Transamerica Marsico Growth VP |
| Transamerica T. Rowe Price Growth Stock VP |
| Transamerica Balanced VP |
| Transamerica Equity VP |
| Transamerica Science & Technology VP |

 LEGG MASON

MFS INVESTMENT MANAGEMENT

| **Large Cap Blend** |
|---|
| Transamerica Capital Guardian U.S. Equity VP |
| Fidelity – VIP Balanced Portfolio |
| Transamerica JPMorgan Enhanced Index VP |
| Transamerica Value Balanced VP |
| Transamerica Van Kampen Large Cap Core VP |

 MARSICO CAPITAL MANAGEMENT

| **Large Cap Value** |
|---|
| AIM V.I. Basic Value Fund – Series II Shares |
| AllianceBernstein Growth and Income Portfolio – Class B |
| Transamerica American Century Large Company Value VP |
| Transamerica BlackRock Large Cap Value VP |
| Transamerica Capital Guardian Value VP |
| Fidelity – VIP Equity-Income Portfolio – Service Class 2 |
| MFS Total Return Series – Service Class |
| Transamerica T. Rowe Price Equity Income VP |

Morgan Stanley

PIMCO

 T. Rowe Price
INVEST WITH CONFIDENCE

| **Fixed Income** |
|---|
| Franklin Income Securities Fund – Class 2 |
| Transamerica MFS High Yield VP |
| Transamerica PIMCO Total Return VP |
| Transamerica Convertible Securities VP |
| Transamerica U.S. Government Securities VP |

 TRANSAMERICA INVESTMENT MANAGEMENT, LLC

 VAN KAMPEN INVESTMENTS



| **Cash** |
|---|
| Transamerica Money Market VP |

For broker/dealer use only. Not for use with the public.

(††) Category information supplied by the Money Managers as of 3/1/08. Categories refer to the objective of the portfolio.

Investing internationally exposes investors to additional risks not associated with investing domestically.

A portfolio that invests in aggressive, small-cap stocks may involve more volatility and risks.

Portfolios that seek aggressive growth entail more volatility and risk than other investments.

Investments in lower-rated debt securities present greater risk to principal and income than investments in higher-quality securities.

An investment in a money market portfolio is neither insured nor guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the money market portfolio seeks to preserve the value of the investment at $1.00 per share, it is possible to lose money by investing in this portfolio.

Investing in real estate poses certain risks related to overall and specific economic conditions, as well as risks related to an individual property, credit risk, and interest rate fluctuations. The portfolio is non-diversified, so the portfolio may involve additional risk due to its narrow focus.

Certain portfolios will invest in "convertibles," preferred stocks, and bonds. Since preferred stocks and corporate bonds pay a stated return, their prices usually do not depend on the price of the company's common stock. But some companies issue preferred stocks and bonds that are convertible into their common stocks. Linked to the common stock in this way, convertible securities go up and down in price inversely to interest rates as the common stock does, adding to their market risk.



For more information, please call 1-800-851-7555.



All guarantees are based on the claims-paying ability of Transamerica Life Insurance Company.

Withdrawals reduce the Double Enhanced Death Benefit on a dollar-for-dollar basis for annual withdrawals up to 6%. Withdrawals are based on the annual compounding value at the beginning of each policy year. A withdrawal adjustment will apply to annual withdrawals in excess of 6% on the Double Enhanced Death Benefit and for all withdrawals on the Annual Step-Up and Return of Premium Death Benefits. The adjustment will reduce the death benefit amount in direct proportion to the percentage the policy value was reduced, assuming the policy value is less than the death benefit value. This can increase the amount deducted from the death benefit. Current withdrawals decrease policy value and future withdrawals. Assumes policy value never equals zero.

All policies, riders, and forms may vary by state, and may not be available in all states.
AV920 101 168 603, AV924 101 168 603, Oregon AV1068 101 168 603, AV1140 101 192 604, AV1332 101 192 604, Oregon AV1375 101 192 604, AV864 101 165 103, AV893 101 165 103, Oregon AV1372 101 165 103, AV950 101 175 603, AV959 101 175 603, Oregon AV1360 101 175 603, RGMD 8 0603, RGMD 8 0603 (OR), RGMD 15 0108, RGMD 15 0108 (FL), RGMD 15 0108 (OR), RGMD 5 0103, RGMD 5 0103 (FL), RGMD 5 0103 (OR), RGMB 4 0504, RGMB 4 0504 (FL), RGMB 4 0505 (OR), RTP 18 0103, RTP 18 0103 (OR), RTP 17 0103, RTP 17 0103 (OR), RLS 2 102, RLS 2 102 (OR), RGMB 27 0108, RGMB 29 0108, RGMB 27 0108 (IS)(FL), RGMB 29 0108 (IS)(FL), other versions also available, RGMB 27 0108 (IS)(OR), RGMB 27 0108 (U)(OR), RGMB 27 010B (AS)(OR), RGMB 27 0108 (A)(OR), RGMB 29 0108 (IS)(OR), RGMB 29 0108 (U)(OR), RGMB 29 0108 (AS)(OR), RGMB 29 0108 (A)(OR)



Transamerica Life Insurance Company is a member of the Insurance Marketplace Standards Association (IMSA). IMSA is an independent organization that was established to maintain high standards of market conduct for individually sold life and annuity products. Rigorous membership requirements and adherence to IMSA's Principles and Code of Ethical Market Conduct demonstrate our commitment to the highest market and business standards.

For broker/dealer use only. Not for use with the public.

## AFFIDAVIT

STATE OF NEVADA          )
                         ) ss:
COUNTY OF CLARK          )

Patrick Garvey, being duly sworn, says:

1.     I once lived at 1609 Elmwood Avenue in Cranston, Rhode Island.

2.     My date of birth is January 31, 1947.

3.     My social security number is ▮▮▮▮▮▮▮▮

4.     I have not knowingly entered into any annuity contract with the Transamerica Life Insurance Company.

5.     I do not know and have never met Estela Rodrigues, Edward Maggiacomo or anyone from LifeMark Securities Corporation.

6.     I have been told by my doctors I need a ▮▮▮▮▮▮▮▮ and can expect to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7.     Through my church, I was given a flyer advertising financial assistance for the ▮▮▮▮▮▮ In response to that advertisement I contacted Raymour Radhakrishnan. Raymour Radhakrishnan contacted me immediately and requested he promptly come to my home in Cranston, Rhode Island.

8.     Radhakrishnan paid me a total of $5,000.00 if I would sign a document, which I believed had to do with the financial assistance program.

1

9.    Neither Radhakrishnan nor anyone else gave me any information about an annuity contract. Radhakrishnan did not tell me, and I did not understand, that I was signing an application for an annuity contract. I informed Radhakrishnan during the initial meeting that if this was something illegal I wanted nothing to do with the program. Raymour Radhakrishnan gave his personal guarantee that the offer was not illegal and no taxes of any kind would be associated with the assistance program.

_____
Patrick Garvey

Subscribed and sworn to before
me on this _23_ day of
September, 2009.



_____
NOTARY PUBLIC
My Commission Expires _____

2

100519 LK8

# TRANSAMERICA
### LIFE INSURANCE COMPANY

**Transamerica Landmark Variable Annuity**

Home Office:     Cedar Rapids, IA
Mailing Address: Transamerica Life Insurance Company
                 4333 Edgewood Road NE, Cedar Rapids, IA 52499
Telephone:       (800) 525-6205

---

## 1. ANNUITANT

Full Name: Patrick Garvey
Residential Address:* ███████████     City, State, Zip: Cranston, RI 02910
Mailing Address: _____     City, State, Zip: _____
SSN/TIN: ████████     Date of Birth: ███████
Telephone: _____     E-mail Address: _____
Sex: ☑ Male     Citizenship: ☑ U.S. Citizen/Resident Alien
     ☐ Female                 ☐ Non-Resident Alien (Country of Residence: _____ )

*Residential Address must be completed and cannot be a P.O. Box.

## 2. OWNERSHIP

**A. PRIMARY OWNER**
☐ Same as Annuitant          Linking Number (if applicable): _____
Full Name: Estela Rodrigues
Residential Address:* ██████████     City, State, Zip: Barrington, RI 02806
Mailing Address: _____     City, State, Zip: _____
SSN/TIN: ██████████     Date of Birth: ██████████
Telephone: _____     E-mail Address: _____
Sex: ☐ Male     Citizenship: ☑ U.S. Citizen/Resident Alien
     ☑ Female                 ☐ Non-Resident Alien (Country of Residence: _____ )

**B. JOINT OWNER (if applicable)**
Relationship to Primary Owner: _____
Full Name: _____
Residential Address:* _____     City, State, Zip: _____
Mailing Address: _____     City, State, Zip: _____
SSN/TIN: _____     Date of Birth: _____
Telephone: _____     E-mail Address: _____
Sex: ☐ Male     Citizenship: ☐ U.S. Citizen/Resident Alien
     ☐ Female                 ☐ Non-Resident Alien (Country of Residence: _____ )

*Residential Address must be completed and cannot be a P.O. Box.

**A Trustee Certification Form is required if a Trust is named as Owner.**

VA-APP 01/08

81601505 12/07
Page 5 of 12

**3. BENEFICIARY DESIGNATION (If there are more than 3 beneficiaries, attach a separate sheet)**

Full Name: _Estela Rodrigues_

Relationship: _owner_

Mailing Address: ▓▓▓▓▓▓▓▓▓▓    City, State, Zip: ▓▓▓▓▓▓▓▓

SSN/TIN: ▓▓▓▓▓▓▓    Date of Birth: ▓▓▓▓▓▓▓

Sex: ☐ Male ☑ Female    ☑ Primary ☐ Contingent _100_ %

Full Name: _____

Relationship: _____

Mailing Address: _____    City, State, Zip: _____

SSN/TIN: _____    Date of Birth: _____

Sex: ☐ Male ☐ Female    ☐ Primary ☐ Contingent _____ %

Full Name: _____

Relationship: _____

Mailing Address: _____    City, State, Zip: _____

SSN/TIN: _____    Date of Birth: _____

Sex: ☐ Male ☐ Female    ☐ Primary ☐ Contingent _____ %

Beneficiary designation(s) must total 100%.

A Trustee Certification Form is required if a Trust is named as Beneficiary.

**4. INITIAL PURCHASE PAYMENT**

☑ Check/Wire Enclosed $ _290,000.00_

☐ Carrier to request release of funds $ _____

☐ Agent/Client to request release of funds $ _____

**5. NON-QUALIFIED INFORMATION**

☑ New Money

☐ 1035 Exchange

☐ CD/Mutual Fund Liquidation

**6. QUALIFIED INFORMATION**

☐ IRA ☐ Roth IRA ☐ SEP/IRA ☐ 403(b) ☐ Other _____

Source of Funds:

☐ New Money: Tax Year _____ (Defaults to Current Calendar Year)

☐ Trustee to Trustee Transfer

☐ Rollover From:

    ☐ IRA

    ☐ ROTH IRA - Date first established _____

    ☐ SEP/IRA

    ☐ 403(b)

    ☐ Converted ROTH - Date of conversion _____

    ☐ Other _____

## 7. GUARANTEED DEATH BENEFITS

If no option is specified, the Return of Premium Death Benefit will apply.  Your selection cannot be changed after the policy has been issued.

The Living/Withdrawal Benefit Rider(s) in Section 8 are not available if you have chosen the Double Enhanced Death Benefit.

☐ Return of Premium Death Benefit (Issue Ages: 0 to 90)

☐ Annual Step-Up Death Benefit (Issue Ages: 0 to 75)

☑ Double Enhanced Death Benefit (Issue Ages: 0 to 75)

Additional Death Benefit Rider(s) - only one Additional Death Benefit can be elected:

☑ Additional Death Distribution (Issue Ages: 0 to 80) - Not available in MN and WA

☐ Additional Death Distribution + (Issue Ages: 0 to 75) - Not available in MN and WA

## 8. AVAILABLE LIVING/WITHDRAWAL BENEFIT RIDERS

For the description and applicable fees for the rider(s) listed below, check the prospectus.  If a rider is not selected, it will not apply.  Only one Living/Withdrawal Benefit can be elected.

☐ Guaranteed Principal Solution Rider (Issue Ages: 0 to 80)

☐ Retirement Income Choice Rider (Issue Ages: 0 to 85)

　　☐ Single
　　☐ Joint (Joint Owner in Section 2B or Sole Beneficiary in Section 3 must be a spouse).

　　Additional Retirement Income Choice Rider options (more than one option may be selected):

　　☐ Death Benefit
　　☐ Income Enhancement - Not available in CT

## 9. OTHER AVAILABLE RIDERS

For the description and applicable fees for the rider(s) listed below, check the prospectus.  If a rider is not selected, it will not apply.

☐ Liquidity Rider (Issue Ages: 0 to 90)

## 10. PORTFOLIO INVESTMENT STRATEGY

☐ Immediate Investment (Future Premium Allocations will be invested in this manner unless otherwise specified.)
　　I elect to allocate 100% of my contributions according to the percentage(s) listed in "Immediate Investment Allocation".
　　Complete Section 11.  For CA Residents age 60 and over, please include the Immediate Investment Form.

☐ Dollar Cost Averaging (DCA) Program
　　I elect to allocate 100% of my contributions according to the percentage(s) listed in "Dollar Cost Averaging Program".
　　Complete Section 12.

☐ Combined: Immediate Investment and DCA Program
　　Please complete Section 11 and Section 12.

0005159.4791.03/26/2008 09:34

---

| **11. IMMEDIATE INVESTMENT/COMBINED ALLOCATION** |
|---|

**Portion of Initial Premium to be allocated to Dollar Cost Averaging Program (if applicable):**

_____.0% Dollar Cost Averaging ($500 minimum per transfer) - Please complete Section 12.[1]

**Portion of Initial Premium to be immediately invested:**

**Fixed Accounts:***

_____.0% 1 Year Fixed Guaranteed Period Option[1]      _____.0% 5 Year Fixed Guaranteed Period Option[1]

_____.0% 3 Year Fixed Guaranteed Period Option[1]      _____.0% 7 Year Fixed Guaranteed Period Option[1]

**Variable Sub-Accounts:**

100.0% Transamerica Money Market[1]                    _____.0% International Moderate Growth Fund[1]

_____.0% Asset Allocation - Conservative Portfolio[1]   _____.0% PIMCO Total Return[1]

_____.0% Asset Allocation - Moderate Portfolio[1]       _____.0% Transamerica Balanced[1]

_____.0% Asset Allocation - Moderate Growth Portfolio[1] _____.0% Transamerica U.S. Government Securities[1]


_____.0% Asset Allocation - Growth Portfolio           _____.0% Marsico Growth

_____.0% AIM V.I. Basic Value Fund                     _____.0% MFS High Yield

_____.0% AIM V.I. Capital Appreciation Fund            _____.0% MFS New Discovery Series

_____.0% AllianceBernstein Growth and Income Portfolio _____.0% MFS International Equity

_____.0% AllianceBernstein Large Cap Growth Portfolio  _____.0% MFS Total Return Series

_____.0% American Century Large Company Value          _____.0% Mutual Shares Securities Fund

_____.0% BlackRock Large Cap Value                     _____.0% Templeton Foreign Securities Fund

_____.0% Capital Guardian Global                       _____.0% Templeton Transamerica Global

_____.0% Capital Guardian U.S. Equity                  _____.0% Transamerica Convertible Securities

_____.0% Capital Guardian Value                        _____.0% Transamerica Equity

_____.0% Clarion Global Real Estate Securities         _____.0% Transamerica Growth Opportunities

_____.0% Fidelity - VIP Contrafund ® Portfolio          _____.0% Transamerica Science & Technology

_____.0% Fidelity - VIP Equity-Income Portfolio        _____.0% Transamerica Small/Mid Cap Value

_____.0% Fidelity - VIP Growth Portfolio               _____.0% T. Rowe Price Equity Income

_____.0% Fidelity - VIP Mid Cap Portfolio              _____.0% T. Rowe Price Growth Stock

_____.0% Fidelity - VIP Value Strategies Portfolio     _____.0% T. Rowe Price Small Cap

_____.0% Franklin Income Securities Fund               _____.0% Van Kampen Active International Allocation

_____.0% Janus Aspen - Mid Cap Growth Portfolio        _____.0% Van Kampen Large Cap Core

_____.0% Janus Aspen - Worldwide Growth Portfolio      _____.0% Van Kampen Mid-Cap Growth

_____.0% Jennison Growth                               _____.0% Other _____

_____.0% JPMorgan Enhanced Index                       _____.0% Other _____

_____.0% Legg Mason Partners All Cap                   100%

*Guaranteed Period Option premium limits may apply.
  Only the 1 year Guaranteed Period is available in the following states: CT, PA, VT, VA.
  Guaranteed Period Options are not available in the following states: AL, KY, MD, MN, WA.

[1]If either the Double Enhanced Death Benefit in Section 7 or the Retirement Income Choice Rider in Section 8 is elected, allocations are only allowed among these Designated Funds.

VA-APP 01/08

---

## 12. DOLLAR COST AVERAGING (DCA) PROGRAM

There is a minimum of $500 for each DCA Transfer. The minimum length for a DCA Program is six (6) months.

**Transfer from:**
☐ DCA Fixed Account
☐ Transamerica Money Market
☐ Transamerica US Government Securities

**Frequency:**
☐ Monthly ☐ Quarterly

**Number of Transfers:***
☐ 4  ☐ 6  ☐ 8  ☐ 12  ☐ 24  ☐ Other: _____

**Transfer to Subaccounts:**

| | |
|---|---|
| ____.0% Transamerica Money Market (") | ____.0% International Moderate Growth Fund (") |
| ____.0% Asset Allocation - Conservative Portfolio (") | ____.0% PIMCO Total Return (") |
| ____.0% Asset Allocation - Moderate Portfolio (") | ____.0% Transamerica Balanced (") |
| ____.0% Asset Allocation - Moderate Growth Portfolio (") | ____.0% Transamerica U.S. Government Securities (") |
| ____.0% Asset Allocation - Growth Portfolio | ____.0% Marsico Growth |
| ____.0% AIM V.I. Basic Value Fund | ____.0% MFS High Yield |
| ____.0% AIM V.I. Capital Appreciation Fund | ____.0% MFS Total Return Series |
| ____.0% AllianceBernstein Growth and Income Portfolio | ____.0% MFS International Equity |
| ____.0% AllianceBernstein Large Cap Growth Portfolio | ____.0% MFS New Discovery Series |
| ____.0% American Century Large Company Value | ____.0% Mutual Shares Securities Fund |
| ____.0% BlackRock Large Cap Value | ____.0% Templeton Foreign Securities Fund |
| ____.0% Capital Guardian Global | ____.0% Templeton Transamerica Global |
| ____.0% Capital Guardian U.S. Equity | ____.0% Transamerica Convertible Securities |
| ____.0% Capital Guardian Value | ____.0% Transamerica Equity |
| ____.0% Clarion Global Real Estate Securities | ____.0% Transamerica Growth Opportunities |
| ____.0% Fidelity - VIP Contrafund ® Portfolio | ____.0% Transamerica Science & Technology |
| ____.0% Fidelity - VIP Equity-Income Portfolio | ____.0% Transamerica Small/Mid Cap Value |
| ____.0% Fidelity - VIP Growth Portfolio | ____.0% T. Rowe Price Equity Income |
| ____.0% Fidelity - VIP Mid Cap Portfolio | ____.0% T. Rowe Price Growth Stock |
| ____.0% Fidelity - VIP Value Strategies Portfolio | ____.0% T. Rowe Price Small Cap |
| ____.0% Franklin Income Securities Fund | ____.0% Van Kampen Active International Allocation |
| ____.0% Janus Aspen - Mid Cap Growth Portfolio | ____.0% Van Kampen Large Cap Core |
| ____.0% Janus Aspen - Worldwide Growth Portfolio | ____.0% Van Kampen Mid-Cap Growth |
| ____.0% Jennison Growth | ____.0% Other _____ |
| ____.0% JPMorgan Enhanced Index | ____.0% Other _____ |
| ____.0% Legg Mason Partners All Cap | 100% |

*Washington applicants, DCA cannot exceed twelve months or four quarters.

(") If either the Double Enhanced Death Benefit in Section 7 or the Retirement Income Choice Rider in Section 8 is elected, allocations are only allowed among these Designated Funds.

### 13. ASSET REBALANCING

Rebalancing will not begin until completion of DCA Program, if applicable. Money invested in the Fixed Account is not included. More than one fund must be selected to participate in this program. If you would like to rebalance to a mix other than indicated in "Immediate Investment Allocation," please complete the Optional Services Form.

I elect Asset Rebalancing: ☑ No ☐ Yes

Rebalance the variable subaccounts according to my Immediate Investment Allocation using the frequency indicated below.

☐ Monthly ☐ Quarterly ☐ Semi-Annually ☐ Annually

### 14. REPLACEMENT INFORMATION

**All questions in this section must be answered.**

A. Do you have any existing annuity policies or life insurance contracts?
  ☐ No
  ☑ Yes

B. Will this annuity replace or change any existing annuity or life insurance?
  ☑ No
  ☐ Yes (Complete the following information.)

      Company: _____
      Policy #: _____

### 15. APPLICANT INFORMATION

☐ Check here if you want to be sent a copy of "Statement of Additional Information."

Did the agent or registered representative present and leave the applicant sales material?
  ☐ No
  ☑ Yes

### 16. TELEPHONE AUTHORIZATION

Please complete this section to authorize you and/or your Agent of record to make transfer requests via our recorded telephone line or internet. **If no option is selected, the authorization will default to the Owner(s).**

☐ Owner(s) Only  ☑ Owner(s) and Owner's Agent of record

## 17. SIGNATURE(S) OF AUTHORIZATION ACCEPTANCE

- Unless I have notified the Company of a community or marital property interest in this contract, the Company will rely on good faith belief that no such interest exists and will assume no responsibility for inquiry.

- To the best of my knowledge and belief, all of my statements and answers on this application are correct and true.

- I am in receipt of a current prospectus for this variable annuity.

- I am in receipt of the privacy notice.

- This application is subject to acceptance by Transamerica Life Insurance Company. If this application is rejected for any reason, Transamerica Life Insurance Company will be liable only for return of purchase payment paid.

- I understand that federal law requires all financial institutions to obtain customer information, including the name, residential address, date of birth, Social Security Number or Tax Identification Number and any other information necessary to sufficiently identify each customer. I understand that failure to provide this information could result in the annuity contract not being issued, delayed or unprocessed transactions, or annuity contract termination.

- <u>For Applicants in all states except AL, CT, KY, MD, MN, PA, VT, VA, WA</u>: When funds are allocated to the Fixed Accounts in Section 11, policy values may increase or decrease in accordance with an Excess Interest Adjustment prior to the end of the Guaranteed Period.

- <u>Connecticut Applicants</u>: An illustration has been provided showing the minimum interest rate percentage applicable to the Fixed Account and I have reviewed it.

### THE FIXED ACCOUNT OF THIS POLICY GUARANTEES A MINIMUM INTEREST PERCENTAGE OF 1.50. THIS RATE MAY BE LOWER THAN THE REQUIRED INTEREST RATE FOR CALCULATING MINIMUM SURRENDER VALUES. READ YOUR CONTRACT CAREFULLY.

I HAVE REVIEWED MY FINANCIAL OBJECTIVES AND INSURANCE NEEDS, INCLUDING ANY EXISTING ANNUITY COVERAGE, AND FIND THE ANNUITY BEING APPLIED FOR IS APPROPRIATE FOR MY NEEDS.

I have read the Fraud and Disclosure Statements listed on pages 3 and 4 of this application.

**Account values when allocated to any of the subaccounts in Section 11 and Section 12 are not guaranteed as to fixed dollar amount.**

Signed at: __Cranston__,  __RI__
             City                State

Date: __3/12/08__

☛ Owner(s) Signature: X _Estela Rodrigues_

☛ Joint Owner(s) Signature: X

☛ Annuitant Signature (if not Owner): X _Patrick J Barry_

VA-APP 01/08

81601505 12/07
Page 11 of 12

## 18. REPRESENTATIVE/AGENT INFORMATION

A. Does the applicant have any existing annuity policies or life insurance contracts?
- ☐ No
- ☑ Yes

B. Do you have any reason to believe the annuity applied for will replace or change any existing annuity or life insurance?
- ☑ No
- ☐ Yes

C. Did you present and leave the applicant insurer-approved sales material?
- ☐ No
- ☑ Yes

**REMINDER** - If applicable, submit the appropriate state replacement form(s) if the Applicant's state has Replacement Regulations.

**For Connecticut Applicants** - I have provided an illustration showing the minimum interest rate percentage applicable to the Fixed Account and reviewed it with the Applicant.

I HAVE MADE REASONABLE EFFORTS TO OBTAIN INFORMATION CONCERNING THE CONSUMER'S FINANCIAL STATUS, TAX STATUS, INVESTMENT OBJECTIVES AND SUCH OTHER INFORMATION USED OR CONSIDERED TO BE REASONABLE IN MAKING THE ANNUITY RECOMMENDATION AND FIND THE ANNUITY BEING APPLIED FOR APPROPRIATE FOR HIS/HER NEEDS.

**#1: Registered Representative/Licensed Agent**

Print First Name: Edward

Print Last Name: Maggiacomo

☞ Signature: X

Representative/Agent ID Number: 178567

Email Address (Optional):

Phone Number: (401) 383-3955    585 424-5672

Firm Name: LifeMark Securities Corp

Firm Address: 400 West Metro Financial Center, Rochester, NY 14623

**#2: Registered Representative/Licensed Agent**

Print First Name:

Print Last Name:

☞ Signature: X

Representative/Agent ID Number:

Email Address (Optional):

Phone Number:

**For Representative/Agent Use Only - Contact your home office for program information.**

- ☑ Option A (not available with the Liquidity Rider)
- ☐ Option B
- ☐ Option C

**(Once selected, program cannot be changed)**

### IMPORTANT NOTICE:
### REPLACEMENT OF LIFE INSURANCE OR ANNUITIES
This document must be signed by the applicant and the producer, if there is one,
and a copy left with the applicant.

You are contemplating the purchase of a life insurance policy or annuity contract. In some cases this purchase may involve discontinuing or changing an existing policy or contract. If so, a replacement is occurring. Financed purchases are also considered replacements.

A replacement occurs when a new policy or contract is purchased and, in connection with the sale, you discontinue making premium payments on the existing policy or contract, or an existing policy or contract is surrendered, forfeited, assigned to the replacing insurer, or otherwise terminated or used in a financed purchase.

A financed purchase occurs when the purchase of a new life insurance policy involves the use of funds obtained by the withdrawal or surrender of or by borrowing some or all of the policy values, including accumulated dividends, of an existing policy, to pay all or part of any premium or payment due on the new policy. A financed purchase is a replacement.

You should carefully consider whether a replacement is in your best interest. You will pay acquisition costs and there may be surrender costs deducted from your policy or contract. You may be able to make changes to your existing policy or contract to meet your insurance needs at less cost. A financed purchase will reduce the value of your existing policy and may reduce the amount paid upon the death of the insured.

We want you to understand the effects of replacements before you make your purchase decision and ask that you answer the following questions and consider the questions on the back of this form.

1. Are you considering discontinuing making premium payments, surrendering, forfeiting, assigning to the insurer, or otherwise terminating your existing policy or contract? ☐ YES ☑ NO

2. Are you considering using funds from your existing policies or contracts to pay premiums due on the new policy or contract? ☐ YES ☑ NO

If you answered "yes" to either of the above questions, list each existing policy or contract you are contemplating replacing (include the name of the insurer, the insured, and the contract number if available) and whether each policy will be replaced or used as a source of financing:

| INSURER NAME | CONTRACT OR POLICY# | INSURED | REPLACED (R) OR FINANCING (F) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

Make sure you know the facts. Contact your existing company or its agent for information about the old policy or contract. (If you request one, an in-force illustration, policy summary or available disclosure documents must be sent to you by the existing insurer.) Ask for and retain all sales material used by the agent in the sales presentation. Be sure that you are making an informed decision.

The existing policy or contract is being replaced because   NO REPLACEMENT

**30 DAY RIGHT TO CANCEL**
If you are replacing the above coverage and for any reason you are not satisfied with the contract or policy, if issued by Company, you may return it to us within 30 days of the delivery of the contract or policy and receive an unconditional full refund of all premiums or considerations paid on it, including any contract fees or charges or, in the case of a variable or market value adjustment contract or policy, a payment of the cash surrender value provided under the contract or policy, plus the fees and other charges deducted from the gross premiums or considerations or imposed under such contract or policy. You may return it by delivering or mailing it to our Administrative Office, 4333 Edgewood Road NE, Cedar Rapids, IA 52499, or to the agent from whom you purchased this contract or policy.

I certify that the responses herein are, to the best of my knowledge, accurate:

Applicant's Signature and Printed Name _____  Date 3/12/08

Producer's Signature and Printed Name   Edward L Maggiacomo Sr   Date 3/12/08

**FIRST COPY - INSURANCE COMPANY • SECOND COPY - CUSTOMER**
**You must review and complete the back side of this form.**

8131302 12/04

I do not want this notice read aloud to me._____ (Applicants must initial only if they do not want the notice read aloud.)

A replacement may not be in your best interest, or your decision could be a good one. You should make a careful comparison of the costs and benefits of your existing policy or contract and the proposed policy or contract. One way to do this is to ask the company or agent that sold you your existing policy or contract to provide you with information concerning your existing policy or contract. This may include an illustration of how your existing policy or contract is working now and how it would perform in the future based on certain assumptions. Illustrations should not, however, be used as a sole basis to compare policies or contracts. You should discuss the following with your agent to determine whether replacement or financing your purchase makes sense:

PREMIUMS:
    Are they affordable?
    Could they change?
    You're older – are premiums higher for the proposed new policy?
    How long will you have to pay premiums on the new policy? On the old policy?
POLICY VALUES:
    New policies usually take longer to build cash values and to pay dividends.
    Acquisition costs for the old policy may have been paid; you will incur costs for the new one.
    What surrender charges do the policies have?
    What expense and sales charges will you pay on the new policy?
    Does the new policy provide more insurance coverage?
INSURABILITY:
    If your health has changed since you bought your old policy, the new one could cost you more, or you could be turned down.
    You may need a medical exam for a new policy.
    (Claims on most new polices for up to the first two years can be denied based on inaccurate statements.
    Suicide limitations may begin anew on the new coverage.)
IF YOU ARE KEEPING THE OLD POLICY AS WELL AS THE NEW POLICY:
    How are premiums for both policies being paid?
    How will the premiums on your existing policy be affected?
    Will a loan be deducted from death benefits?
    What values from the old policy are being used to pay premiums?
IF YOU ARE SURRENDERING AN ANNUITY OR INTEREST SENSITIVE LIFE PRODUCT:
    Will you pay surrender charges on your old contract?
    What are the interest rate guarantees for the new contract?
    Have you compared the contract charges or other policy expenses?
OTHER ISSUES TO CONSIDER FOR ALL TRANSACTIONS:
    What are the tax consequences of buying the new policy?
    Is this a tax-free exchange? (See your tax advisor.)
    Is there a benefit from favorable "grandfathered" treatment of the old policy under the federal tax code?
    Will the existing insurer be willing to modify the old policy?
    How does the quality and financial stability of the new company compare with your existing company?

What Insurer-approved sales materials were presented and given to the applicant?

Description of Material (ex: brochure, folder, highlight sheet):_____

Identifying number given to the sales material (Usually found in the bottom corner):_____

What Insurer-approved sales materials were presented and given to the applicant?

Description of Material (ex: brochure, folder, highlight sheet):_____

Identifying number given to the sales material (Usually found in the bottom corner):_____

What Insurer-approved sales materials were presented and given to the applicant?

Description of Material (ex: brochure, folder, highlight sheet):_____

Identifying number given to the sales material (Usually found in the bottom corner):_____

| Edward L Wagg,aro Jr | 3/12/08 |
|---|---|
| Producer's Signature | Producer's Printed Name | Date |