(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Transamerica Life Insurance Company
Plaintiff(s)

v.

Dkt. No. 09-471/S

Patrick Garvey, et al.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/~~Defendant~~ Transamerica Life Insurance Company hereby moves that David E. Barry be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Michael J. Daly
Signature of Local Counsel

Michael J. Daly, Esq.
Print Name

Pierce Atwood LLP
Firm and Business Address

10 Weybosset Street, Suite 400

Providence, RI 02903

RI Bar ID # 6729

Email: mdaly@pierceatwood.com

Tel. # (401) 588-5113

Fax # (401) 588-5166

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

_____        _____
District Judge                                                                   Date

CERTIFICATE OF SERVICE

       I hereby certify that the within Motion For Admission <u>Pro Hac Vice</u> was electronically filed with the clerk of the court on November 16, 2009 and that such document is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on the below counsel of record:

Robert G. Flanders, Jr., Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Anthony M. Traini, Esq.
Anthony M. Traini, P.C.
56 Pine Street, Suite 200
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Mary Cavanagh Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

                                              /s/ Michael J. Daly