UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No. 09-471 |
| | : | |
| PATRICK GARVEY, et al, | : | |
| Defendants | : | |

## STIPULATION

Plaintiff and defendant LifeMark Securities Corporation hereby stipulate and agree as follows:

1. Defendant LifeMark Securities Corporation's time to answer or otherwise respond to the Amended Complaint is extended up to and including December 4, 2009.

| TRANSAMERICA LIFE INSURANCE COMPANY, | LIFEMARK SECURITIES CORPORATION |
|---|---|
| By Their Attorneys, | By Their Attorneys, |
| /s/ Michael J. Daly | /s/ Joseph V. Cavanagh, Jr. |
| /s/ Brooks R. Magrratten_____ | /s/ Mary Cavanagh Dunn |
| Michael J. Daly (#6729) | Joseph V. Cavanagh, Jr. (#1139) |
| Brooks R. Magratten (#3585) | Mary Cavanagh Dunn (#6712) |
| PIERCE ATWOOD LLP | BLISH & CAVANAGH, LLP |
| 10 Weybosset Street, Suite 400 | 30 Exchange Terrace |
| Providence, RI 02903 | Providence, RI 02903 |
| (401) 588-5113 | (401) 831-8900 |
| (401) 588-5166 (fax) | (401) 751-7542 (fax) |
| mdaly@pierceatwood.com | jvc@blishcavlaw.com |
| bmagratten@pierceatwood.com | mcd@blishcavlaw.com |

Dated: November 16, 2009

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court DM/ECF System.

/s/ Joseph V. Cavanagh, Jr.