# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) ) C.A. No. 09-471/S |
| v. | ) ) |
| JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP. and PATRICK GARVEY, | ) ) ) STIPULATION ) ) ) |
| Defendants. | ) |

Plaintiff and defendants Joseph Caramadre, Raymour Radhakrishnan, Estate Planning Resources, Inc. and Estella Rodrigues agree that plaintiff shall have up to and including December 15, 2009 to respond to the defendants' motion to dismiss.

/s/ Robert G. Flanders
Robert G. Flanders, Jr., Esq.
Hinckley, Allen & Snyder
Attorneys for Defendants
  Joseph Caramadre, Raymour
  Radhakrishnan, Estate
  Planning Resources, Inc.
  and Estella Rodrigues
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000 [Tel.]
(401) 274-9600 [Fax]
rflanders@haslaw.com

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., No. 3585
Michael J. Daly, Esq. No. 6729
PIERCE ATWOOD LLP
  Attorneys for Plaintiff
10 Weybosset St., Suite 400
Providence, RI 02903
(401)588-5113 [Tel.]
(401)588-5166 [Fax]
mdaly@pierceatwood.com
bmagratten@pierceatwood.com

Dated: November 19, 2009

1

## CERTIFICATE OF SERVICE

      I certify that on November 19, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system and that the document is available for viewing and downloading from the Court's CM/ECF system. Service by electronic means has been effectuated on the below counsel of record:

Robert G. Flanders, Jr., Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Anthony M. Traini, Esq.
Anthony M. Traini, P.C.
56 Pine Street, Suite 200
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Mary Cavanagh Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

                                                /s/ Brooks R. Magratten