# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | : | |
| Plaintiff | : | |
| vs. | : | C.A. No. 09-471 |
| JOSEPH CARAMADRE, RAYMOUR RADHAKRISHAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP., and PATRICK GARVEY, | : | |
| Defendants | : | |

## DEFENDANT LIFEMARK SECURITIES CORPORATION CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Lifemark Securities Corporation hereby states that it does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

LIFEMARK SECURITIES CORPORATION

By its Attorneys,

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. (#1139)
Mary Cavanagh Dunn (#6712)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)
jvc@blishcavlaw.com
mcd@blishcavlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court DM/ECF System.

/s/ Joseph V. Cavanagh, Jr.