# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br>           Plaintiff<br><br>       vs.<br><br>JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP., and PATRICK GARVEY,<br>           Defendants. | C.A. No. 09-471-S |

## MOTION TO DISMISS OF DEFENDANT EDWARD L. MAGGIACOMO, JR.

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Edward L. Maggiacomo, Jr. ("Mr. Maggiacomo") hereby moves to dismiss plaintiff's Amended Complaint, for the reasons set forth in his memorandum in support thereof filed simultaneously herewith.

                              EDWARD L. MAGGIACOMO, JR.
                              By his Attorney,

                              */s/ Anthony M. Traini*
                              Anthony M. Traini (#4793)
                              Anthony M. Traini, P.C.
                              56 Pine Street, Suite 200
                              Providence, RI  02903
                              Tel.  (401) 621-4700
                              Fax.  (401) 621-5888
                              amt@trainilaw.com

Dated:  December 4, 2009

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 4, 2009, a copy of the within document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

              */s/ Anthony M. Traini*

2