# EXHIBIT 2 – ANNUITY APPLICATION


# TRANSAMERICA
LIFE INSURANCE COMPANY

# Transamerica Landmark Variable Annuity Application

**For use in all states except Florida, Massachusetts, New Jersey, North Carolina and Oregon**

Mail the application and a check to:
Transamerica Life Insurance Company

Mailing Address:
4333 Edgewood Road NE
Cedar Rapids, IA 52499
Telephone: (800) 525-6205

This page left intentionally blank.

# Fraud and Disclosure Statements

## For Applicants in AZ
Upon your written request, the Company is required to provide, within a reasonable time, reasonable factual information concerning the benefits and provisions of the contract to you. If for any reason you are not satisfied with the contract, you may return it within thirty days after it is delivered and receive a refund equal to the premiums paid, including any policy or contract fees or other charges, less the amounts allocated to any separate accounts under the policy or contract, plus the value of any amounts allocated to any separate accounts under the policy or contract on the date the returned policy is received by the insurer.

## For Applicants in AR, LA, WV
Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

## For Applicants in CO
**It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.**

## For Applicants in DC
WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

## For Applicants in KY
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

## For Applicants in ME
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

## For Applicants in NM
ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

## For Applicants in OH
Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

## For Applicants in OK
WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

## For Applicants in PA
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Must be returned with Completed Application**

# Fraud and Disclosure Statements (continued)

## For Applicants in TN, VA
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

## For Applicants in WA
It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or a denial of insurance benefits.

Under the Washington Uniform Transfers to Minors Act, extending custodianship to age twenty-five may cause you to lose your annual exclusion from Federal Gift Tax. We recommend you seek the advice of your tax counsel prior to making this election.

**Must be returned with Completed Application**

100519 LK8



**Transamerica Landmark Variable Annuity**

Home Office: Cedar Rapids, IA
Mailing Address: Transamerica Life Insurance Company
4333 Edgewood Road NE, Cedar Rapids, IA 52499
Telephone: (800) 525-6205

### 1. ANNUITANT

Full Name: Patrick Garvey
Residential Address:* ▉▉▉▉▉▉▉▉▉▉  City, State, Zip: Cranston, RI 02910
Mailing Address: _____  City, State, Zip: _____
SSN/TIN: ▉▉▉▉▉  Date of Birth: ▉▉▉▉▉
Telephone: _____  E-mail Address: _____
Sex: ☒ Male    Citizenship: ☒ U.S. Citizen/Resident Alien
     ☐ Female                ☐ Non-Resident Alien (Country of Residence: _____ )

*Residential Address must be completed and cannot be a P.O. Box.

### 2. OWNERSHIP

**A. PRIMARY OWNER**

☐ Same as Annuitant                Linking Number (if applicable): _____
Full Name: Estela Rodrigues
Residential Address:* ▉▉▉▉▉▉▉▉▉▉  City, State, Zip: Barrington, RI 02806
Mailing Address: _____  City, State, Zip: _____
SSN/TIN: ▉▉▉▉▉  Date of Birth: ▉▉▉▉▉
Telephone: _____  E-mail Address: _____
Sex: ☐ Male    Citizenship: ☒ U.S. Citizen/Resident Alien
     ☒ Female                ☐ Non-Resident Alien (Country of Residence: _____ )

**B. JOINT OWNER (if applicable)**

Relationship to Primary Owner: _____
Full Name: _____
Residential Address:* _____  City, State, Zip: _____
Mailing Address: _____  City, State, Zip: _____
SSN/TIN: _____  Date of Birth: _____
Telephone: _____  E-mail Address: _____
Sex: ☐ Male    Citizenship: ☐ U.S. Citizen/Resident Alien
     ☐ Female                ☐ Non-Resident Alien (Country of Residence: _____ )

*Residential Address must be completed and cannot be a P.O. Box.
A Trustee Certification Form is required if a Trust is named as Owner.

### 3. BENEFICIARY DESIGNATION (If there are more than 3 beneficiaries, attach a separate sheet)

Full Name: Estela Rodrigues
Relationship: owner
Mailing Address: ███████████████         City, State, Zip: ███████████████
SSN/TIN: ███████████████                  Date of Birth: ███████████████
Sex: ☐ Male ☒ Female                     ☒ Primary ☐ Contingent    100   %

Full Name: _____
Relationship: _____
Mailing Address: _____   City, State, Zip: _____
SSN/TIN: _____           Date of Birth: _____
Sex: ☐ Male ☐ Female                       ☐ Primary ☐ Contingent    _____ %

Full Name: _____
Relationship: _____
Mailing Address: _____   City, State, Zip: _____
SSN/TIN: _____           Date of Birth: _____
Sex: ☐ Male ☐ Female                       ☐ Primary ☐ Contingent    _____ %

Beneficiary designation(s) must total 100%.
A Trustee Certification Form is required if a Trust is named as Beneficiary.

### 4. INITIAL PURCHASE PAYMENT

☒ Check/Wire Enclosed $ 290,000.00
☐ Carrier to request release of funds $ _____
☐ Agent/Client to request release of funds $ _____

### 5. NON-QUALIFIED INFORMATION

☒ New Money
☐ 1035 Exchange
☐ CD/Mutual Fund Liquidation

### 6. QUALIFIED INFORMATION

☐ IRA ☐ Roth IRA ☐ SEP/IRA ☐ 403(b) ☐ Other _____
Source of Funds:
☐ New Money: Tax Year _____ (Defaults to Current Calendar Year)
☐ Trustee to Trustee Transfer
☐ Rollover From:
   ☐ IRA
   ☐ ROTH IRA - Date first established _____
   ☐ SEP/IRA
   ☐ 403(b)
   ☐ Converted ROTH - Date of conversion _____
   ☐ Other _____

### 7. GUARANTEED DEATH BENEFITS

If no option is specified, the Return of Premium Death Benefit will apply. Your selection cannot be changed after the policy has been issued.

The Living/Withdrawal Benefit Rider(s) in Section 8 are not available if you have chosen the Double Enhanced Death Benefit.

- ☐ Return of Premium Death Benefit (Issue Ages: 0 to 90)
- ☐ Annual Step-Up Death Benefit (Issue Ages: 0 to 75)
- ☑ Double Enhanced Death Benefit (Issue Ages: 0 to 75)

Additional Death Benefit Rider(s) - only one Additional Death Benefit can be elected:

- ☑ Additional Death Distribution (Issue Ages: 0 to 80) - Not available in MN and WA
- ☐ Additional Death Distribution + (Issue Ages: 0 to 75) - Not available in MN and WA

### 8. AVAILABLE LIVING/WITHDRAWAL BENEFIT RIDERS

For the description and applicable fees for the rider(s) listed below, check the prospectus. If a rider is not selected, it will not apply. Only one Living/Withdrawal Benefit can be elected.

- ☐ Guaranteed Principal Solution Rider (Issue Ages: 0 to 80)
- ☐ Retirement Income Choice Rider (Issue Ages: 0 to 85)
  - ☐ Single
  - ☐ Joint (Joint Owner in Section 2B or Sole Beneficiary in Section 3 must be a spouse).

Additional Retirement Income Choice Rider options (more than one option may be selected):

- ☐ Death Benefit
- ☐ Income Enhancement - Not available in CT

### 9. OTHER AVAILABLE RIDERS

For the description and applicable fees for the rider(s) listed below, check the prospectus. If a rider is not selected, it will not apply.

- ☐ Liquidity Rider (Issue Ages: 0 to 90)

### 10. PORTFOLIO INVESTMENT STRATEGY

- ☐ **Immediate Investment** (Future Premium Allocations will be invested in this manner unless otherwise specified.)
  I elect to allocate 100% of my contributions according to the percentage(s) listed in "Immediate Investment Allocation". Complete Section 11. For CA Residents age 60 and over, please include the Immediate Investment Form.

- ☐ **Dollar Cost Averaging (DCA) Program**
  I elect to allocate 100% of my contributions according to the percentage(s) listed in "Dollar Cost Averaging Program". Complete Section 12.

- ☐ **Combined: Immediate Investment and DCA Program**
  Please complete Section 11 and Section 12.

| 11. IMMEDIATE INVESTMENT/COMBINED ALLOCATION |

Portion of Initial Premium to be allocated to Dollar Cost Averaging Program (if applicable):

____.0% Dollar Cost Averaging ($500 minimum per transfer) - Please complete Section 12.⁽¹⁾

Portion of Initial Premium to be immediately invested:

Fixed Accounts:*

____.0% 1 Year Fixed Guaranteed Period Option⁽¹⁾        ____.0% 5 Year Fixed Guaranteed Period Option⁽¹⁾
____.0% 3 Year Fixed Guaranteed Period Option⁽¹⁾        ____.0% 7 Year Fixed Guaranteed Period Option⁽¹⁾

Variable Sub-Accounts:

100.0% Transamerica Money Market⁽¹⁾                    ____.0% International Moderate Growth Fund⁽¹⁾
____.0% Asset Allocation - Conservative Portfolio⁽¹⁾    ____.0% PIMCO Total Return⁽¹⁾
____.0% Asset Allocation - Moderate Portfolio⁽¹⁾        ____.0% Transamerica Balanced⁽¹⁾
____.0% Asset Allocation - Moderate Growth Portfolio⁽¹⁾ ____.0% Transamerica U.S. Government Securities⁽¹⁾

____.0% Asset Allocation - Growth Portfolio             ____.0% Marsico Growth
____.0% AIM V.I. Basic Value Fund                       ____.0% MFS High Yield
____.0% AIM V.I. Capital Appreciation Fund              ____.0% MFS New Discovery Series
____.0% AllianceBernstein Growth and Income Portfolio   ____.0% MFS International Equity
____.0% AllianceBernstein Large Cap Growth Portfolio    ____.0% MFS Total Return Series
____.0% American Century Large Company Value            ____.0% Mutual Shares Securities Fund
____.0% BlackRock Large Cap Value                       ____.0% Templeton Foreign Securities Fund
____.0% Capital Guardian Global                         ____.0% Templeton Transamerica Global
____.0% Capital Guardian U.S. Equity                    ____.0% Transamerica Convertible Securities
____.0% Capital Guardian Value                          ____.0% Transamerica Equity
____.0% Clarion Global Real Estate Securities           ____.0% Transamerica Growth Opportunities
____.0% Fidelity - VIP Contrafund ® Portfolio           ____.0% Transamerica Science & Technology
____.0% Fidelity - VIP Equity-Income Portfolio          ____.0% Transamerica Small/Mid Cap Value
____.0% Fidelity - VIP Growth Portfolio                 ____.0% T. Rowe Price Equity Income
____.0% Fidelity - VIP Mid Cap Portfolio                ____.0% T. Rowe Price Growth Stock
____.0% Fidelity - VIP Value Strategies Portfolio       ____.0% T. Rowe Price Small Cap
____.0% Franklin Income Securities Fund                 ____.0% Van Kampen Active International Allocation
____.0% Janus Aspen - Mid Cap Growth Portfolio          ____.0% Van Kampen Large Cap Core
____.0% Janus Aspen - Worldwide Growth Portfolio        ____.0% Van Kampen Mid-Cap Growth
____.0% Jennison Growth                                 ____.0% Other _____
____.0% JPMorgan Enhanced Index                         ____.0% Other _____
____.0% Legg Mason Partners All Cap                     100%

*Guaranteed Period Option premium limits may apply.
Only the 1 year Guaranteed Period is available in the following states: CT, PA, VT, VA.
Guaranteed Period Options are not available in the following states: AL, KY, MD, MN, WA.

⁽¹⁾If either the Double Enhanced Death Benefit in Section 7 or the Retirement Income Choice Rider in Section 8 is elected, allocations are only allowed among these Designated Funds.

| 12. DOLLAR COST AVERAGING (DCA) PROGRAM |

There is a minimum of $500 for each DCA Transfer. The minimum length for a DCA Program is six (6) months.

Transfer from:
☐ DCA Fixed Account
☐ Transamerica Money Market
☐ Transamerica US Government Securities

Frequency:
☐ Monthly ☐ Quarterly

Number of Transfers:*
☐ 4 ☐ 6 ☐ 8 ☐ 12 ☐ 24 ☐ Other: _____

Transfer to Subaccounts:

____.0% Transamerica Money Market[1]      ____.0% International Moderate Growth Fund[1]
____.0% Asset Allocation - Conservative Portfolio[1]   ____.0% PIMCO Total Return[1]
____.0% Asset Allocation - Moderate Portfolio[1]    ____.0% Transamerica Balanced[1]
____.0% Asset Allocation - Moderate Growth Portfolio[1]  ____.0% Transamerica U.S. Government Securities[1]

____.0% Asset Allocation - Growth Portfolio    ____.0% Marsico Growth
____.0% AIM V.I. Basic Value Fund     ____.0% MFS High Yield
____.0% AIM V.I. Capital Appreciation Fund    ____.0% MFS Total Return Series
____.0% AllianceBernstein Growth and Income Portfolio  ____.0% MFS International Equity
____.0% AllianceBernstein Large Cap Growth Portfolio  ____.0% MFS New Discovery Series
____.0% American Century Large Company Value   ____.0% Mutual Shares Securities Fund
____.0% BlackRock Large Cap Value     ____.0% Templeton Foreign Securities Fund
____.0% Capital Guardian Global      ____.0% Templeton Transamerica Global
____.0% Capital Guardian U.S. Equity     ____.0% Transamerica Convertible Securities
____.0% Capital Guardian Value      ____.0% Transamerica Equity
____.0% Clarion Global Real Estate Securities   ____.0% Transamerica Growth Opportunities
____.0% Fidelity - VIP Contrafund ® Portfolio    ____.0% Transamerica Science & Technology
____.0% Fidelity - VIP Equity-Income Portfolio   ____.0% Transamerica Small/Mid Cap Value
____.0% Fidelity - VIP Growth Portfolio    ____.0% T. Rowe Price Equity Income
____.0% Fidelity - VIP Mid Cap Portfolio    ____.0% T. Rowe Price Growth Stock
____.0% Fidelity - VIP Value Strategies Portfolio   ____.0% T. Rowe Price Small Cap
____.0% Franklin Income Securities Fund    ____.0% Van Kampen Active International Allocation
____.0% Janus Aspen - Mid Cap Growth Portfolio   ____.0% Van Kampen Large Cap Core
____.0% Janus Aspen - Worldwide Growth Portfolio   ____.0% Van Kampen Mid-Cap Growth
____.0% Jennison Growth       ____.0% Other _____
____.0% JPMorgan Enhanced Index      ____.0% Other _____
____.0% Legg Mason Partners All Cap     100%

*Washington applicants, DCA cannot exceed twelve months or four quarters.

[1] If either the Double Enhanced Death Benefit in Section 7 or the Retirement Income Choice Rider in Section 8 is elected, allocations are only allowed among these Designated Funds.

### 13. ASSET REBALANCING

Rebalancing will not begin until completion of DCA Program, if applicable. Money invested in the Fixed Account is not included. More than one fund must be selected to participate in this program. If you would like to rebalance to a mix other than indicated in "Immediate Investment Allocation," please complete the Optional Services Form.

I elect Asset Rebalancing: ☒ No ☐ Yes

Rebalance the variable subaccounts according to my Immediate Investment Allocation using the frequency indicated below.

☐ Monthly ☐ Quarterly ☐ Semi-Annually ☐ Annually

### 14. REPLACEMENT INFORMATION

All questions in this section must be answered.

A. Do you have any existing annuity policies or life insurance contracts?
  ☐ No
  ☒ Yes

B. Will this annuity replace or change any existing annuity or life insurance?
  ☒ No
  ☐ Yes (Complete the following information.)

  Company: _____
  Policy #: _____

### 15. APPLICANT INFORMATION

☐ Check here if you want to be sent a copy of "Statement of Additional Information."

Did the agent or registered representative present and leave the applicant sales material?
  ☐ No
  ☒ Yes

### 16. TELEPHONE AUTHORIZATION

Please complete this section to authorize you and/or your Agent of record to make transfer requests via our recorded telephone line or internet. If no option is selected, the authorization will default to the Owner(s).

☐ Owner(s) Only ☒ Owner(s) and Owner's Agent of record

## 17. SIGNATURE(S) OF AUTHORIZATION ACCEPTANCE

- Unless I have notified the Company of a community or marital property interest in this contract, the Company will rely on good faith belief that no such interest exists and will assume no responsibility for inquiry.

- To the best of my knowledge and belief, all of my statements and answers on this application are correct and true.

- I am in receipt of a current prospectus for this variable annuity.

- I am in receipt of the privacy notice.

- This application is subject to acceptance by Transamerica Life Insurance Company. If this application is rejected for any reason, Transamerica Life Insurance Company will be liable only for return of purchase payment paid.

- I understand that federal law requires all financial institutions to obtain customer information, including the name, residential address, date of birth, Social Security Number or Tax Identification Number and any other information necessary to sufficiently identify each customer. I understand that failure to provide this information could result in the annuity contract not being issued, delayed or unprocessed transactions, or annuity contract termination.

- **For Applicants in all states except AL, CT, KY, MD, MN, PA, VT, VA, WA:** When funds are allocated to the Fixed Accounts in Section 11, policy values may increase or decrease in accordance with an Excess Interest Adjustment prior to the end of the Guaranteed Period.

- **Connecticut Applicants:** An illustration has been provided showing the minimum interest rate percentage applicable to the Fixed Account and I have reviewed it.

**THE FIXED ACCOUNT OF THIS POLICY GUARANTEES A MINIMUM INTEREST PERCENTAGE OF 1.50. THIS RATE MAY BE LOWER THAN THE REQUIRED INTEREST RATE FOR CALCULATING MINIMUM SURRENDER VALUES. READ YOUR CONTRACT CAREFULLY.**

I HAVE REVIEWED MY FINANCIAL OBJECTIVES AND INSURANCE NEEDS, INCLUDING ANY EXISTING ANNUITY COVERAGE, AND FIND THE ANNUITY BEING APPLIED FOR IS APPROPRIATE FOR MY NEEDS.

I have read the Fraud and Disclosure Statements listed on pages 3 and 4 of this application.

Account values when allocated to any of the subaccounts in Section 11 and Section 12 are not guaranteed as to fixed dollar amount.

Signed at: _Cranston_, _RI_
           City                  State

Date: _3/12/08_

☞ Owner(s) Signature: X _Estela Rodrigues_

☞ Joint Owner(s) Signature: X _____

☞ Annuitant Signature (if not Owner): X _Patrick J Bany_

## 18. REPRESENTATIVE/AGENT INFORMATION

A. Does the applicant have any existing annuity policies or life insurance contracts?
   ☐ No
   ☑ Yes

B. Do you have any reason to believe the annuity applied for will replace or change any existing annuity or life insurance?
   ☑ No
   ☐ Yes

C. Did you present and leave the applicant insurer-approved sales material?
   ☐ No
   ☑ Yes

**REMINDER** - If applicable, submit the appropriate state replacement form(s) if the Applicant's state has Replacement Regulations.

**For Connecticut Applicants** - I have provided an illustration showing the minimum interest rate percentage applicable to the Fixed Account and reviewed it with the Applicant.

I HAVE MADE REASONABLE EFFORTS TO OBTAIN INFORMATION CONCERNING THE CONSUMER'S FINANCIAL STATUS, TAX STATUS, INVESTMENT OBJECTIVES AND SUCH OTHER INFORMATION USED OR CONSIDERED TO BE REASONABLE IN MAKING THE ANNUITY RECOMMENDATION AND FIND THE ANNUITY BEING APPLIED FOR APPROPRIATE FOR HIS/HER NEEDS.

**#1: Registered Representative/Licensed Agent**

Print First Name: Edward
Print Last Name: Maggiacomo
☞ Signature: X
Representative/Agent ID Number: 178567
Email Address (Optional): _____
Phone Number: ~~(401) 383-3955~~ 585 424-5672
Firm Name: LifeMark Securities Corp
Firm Address: 400 West Metro Financial Center, Rochester, NY 14623

**#2: Registered Representative/Licensed Agent**

Print First Name: _____
Print Last Name: _____
☞ Signature: X
Representative/Agent ID Number: _____
Email Address (Optional): _____
Phone Number: _____

**For Representative/Agent Use Only - Contact your home office for program information.**
☑ Option A (not available with the Liquidity Rider)
☐ Option B
☐ Option C
(Once selected, program cannot be changed)

# IMPORTANT NOTICE:
## REPLACEMENT OF LIFE INSURANCE OR ANNUITIES

This document must be signed by the applicant and the producer, if there is one, and a copy left with the applicant.

You are contemplating the purchase of a life insurance policy or annuity contract. In some cases this purchase may involve discontinuing or changing an existing policy or contract. If so, a replacement is occurring. Financed purchases are also considered replacements.

A replacement occurs when a new policy or contract is purchased and, in connection with the sale, you discontinue making premium payments on the existing policy or contract, or an existing policy or contract is surrendered, forfeited, assigned to the replacing insurer, or otherwise terminated or used in a financed purchase.

A financed purchase occurs when the purchase of a new life insurance policy involves the use of funds obtained by the withdrawal or surrender of or by borrowing some or all of the policy values, including accumulated dividends, of an existing policy, to pay all or part of any premium or payment due on the new policy. A financed purchase is a replacement.

You should carefully consider whether a replacement is in your best interest. You will pay acquisition costs and there may be surrender costs deducted from your policy or contract. You may be able to make changes to your existing policy or contract to meet your insurance needs at less cost. A financed purchase will reduce the value of your existing policy and may reduce the amount paid upon the death of the insured. We want you to understand the effects of replacements before you make your purchase decision and ask that you answer the following questions and consider the questions on the back of this form.

1. Are you considering discontinuing making premium payments, surrendering, forfeiting, assigning to the insurer, or otherwise terminating your existing policy or contract?  ❑ YES  ☑ NO
2. Are you considering using funds from your existing policies or contracts to pay premiums due on the new policy or contract?  ❑ YES  ☑ NO

If you answered "yes" to either of the above questions, list each existing policy or contract you are contemplating replacing (include the name of the insurer, the insured, and the contract number if available) and whether each policy will be replaced or used as a source of financing:

| INSURER NAME | CONTRACT OR POLICY# | INSURED | REPLACED (R) OR FINANCING (F) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

Make sure you know the facts. Contact your existing company or its agent for information about the old policy or contract. (If you request one, an in-force illustration, policy summary or available disclosure documents must be sent to you by the existing insurer.) Ask for and retain all sales material used by the agent in the sales presentation. Be sure that you are making an informed decision.

The existing policy or contract is being replaced because __NO REPLACEMENT__.

### 30 DAY RIGHT TO CANCEL

If you are replacing the above coverage and for any reason you are not satisfied with the contract or policy, if issued by Company, you may return it to us within 30 days of the delivery of the contract or policy and receive an unconditional full refund of all premiums or considerations paid on it, including any contract fees or charges or, in the case of a variable or market value adjustment contract or policy, a payment of the cash surrender value provided under the contract or policy, plus the fees and other charges deducted from the gross premiums or considerations or imposed under such contract or policy. You may return it by delivering or mailing it to our Administrative Office, 4333 Edgewood Road NE, Cedar Rapids, IA 52499, or to the agent from whom you purchased this contract or policy.

I certify that the responses herein are, to the best of my knowledge, accurate:

Applicant's Signature and Printed Name: _Estela Rodriguez_    Date: 3/12/08

Producer's Signature and Printed Name: _Edward L Maggiacomo Sr_    Date: 3/12/08

REPL-1 0503    FIRST COPY - INSURANCE COMPANY • SECOND COPY - CUSTOMER    8131302 12/04
You must review and complete the back side of this form.

I do not want this notice read aloud to me._____ (Applicants must initial only if they do not want the notice read aloud.)

A replacement may not be in your best interest, or your decision could be a good one. You should make a careful comparison of the costs and benefits of your existing policy or contract and the proposed policy or contract. One way to do this is to ask the company or agent that sold you your existing policy or contract to provide you with information concerning your existing policy or contract. This may include an illustration of how your existing policy or contract is working now and how it would perform in the future based on certain assumptions. Illustrations should not, however, be used as a sole basis to compare policies or contracts. You should discuss the following with your agent to determine whether replacement or financing your purchase makes sense:

PREMIUMS:
    Are they affordable?
    Could they change?
    You're older – are premiums higher for the proposed new policy?
    How long will you have to pay premiums on the new policy? On the old policy?

POLICY VALUES:
    New policies usually take longer to build cash values and to pay dividends.
    Acquisition costs for the old policy may have been paid; you will incur costs for the new one.
    What surrender charges do the policies have?
    What expense and sales charges will you pay on the new policy?
    Does the new policy provide more insurance coverage?

INSURABILITY:
    If your health has changed since you bought your old policy, the new one could cost you more, or you could be turned down.
    You may need a medical exam for a new policy.
    (Claims on most new polices for up to the first two years can be denied based on inaccurate statements.
    Suicide limitations may begin anew on the new coverage.)

IF YOU ARE KEEPING THE OLD POLICY AS WELL AS THE NEW POLICY:
    How are premiums for both policies being paid?
    How will the premiums on your existing policy be affected?
    Will a loan be deducted from death benefits?
    What values from the old policy are being used to pay premiums?

IF YOU ARE SURRENDERING AN ANNUITY OR INTEREST SENSITIVE LIFE PRODUCT:
    Will you pay surrender charges on your old contract?
    What are the interest rate guarantees for the new contract?
    Have you compared the contract charges or other policy expenses?

OTHER ISSUES TO CONSIDER FOR ALL TRANSACTIONS:
    What are the tax consequences of buying the new policy?
    Is this a tax-free exchange? (See your tax advisor.)
    Is there a benefit from favorable "grandfathered" treatment of the old policy under the federal tax code?
    Will the existing insurer be willing to modify the old policy?
    How does the quality and financial stability of the new company compare with your existing company?

What Insurer-approved sales materials were presented and given to the applicant?

Description of Material (ex: brochure, folder, highlight sheet):_____

Identifying number given to the sales material (Usually found in the bottom corner):_____


What Insurer-approved sales materials were presented and given to the applicant?

Description of Material (ex: brochure, folder, highlight sheet):_____

Identifying number given to the sales material (Usually found in the bottom corner):_____


What Insurer-approved sales materials were presented and given to the applicant?

Description of Material (ex: brochure, folder, highlight sheet):_____

Identifying number given to the sales material (Usually found in the bottom corner):_____

_____      Edward L Waggoner Jr      3/12/08
Producer's Signature                          Producer's Printed Name          Date

Page 2