**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WESTERN RESERVE LIFE ASSURANCE
CO. OF OHIO,
                    Plainitff,

        vs.                                                              C.A. No. 09-470 S

CONREAL LLC, HARRISON CONDIT,
FORTUNE FINANCIAL SERVICES, INC.,
and ANTHONY PITOCCO,
                    Defendants;


TRANSAMERICA LIFE INSURANCE
COMPANY,
                    Plainitff,

        vs.                                                              C.A. No. 09-471 S

JOSEPH CARAMADRE, RAYMOUR
RADHAKRISHNAN, ESTATE PLANNING
RESOURCES, INC., ESTELLA PRDRIGUES,
EDWARD MAGGIACOMO, JR., LIFEMARK
SECURITIES CORP., and PATRICK GARVEY,
                    Defendants;


WESTERN RESERVE LIFE ASSURANCE
CO. OF OHIO,
                    Plainitff,

        vs.                                                              C.A. No. 09-472 S

JOSEPH CARAMADRE, RAYMOUR
RADHAKRISHNAN, ESTATE PLANNING
RESOURCES, INC., ADM ASSOCIATES,
LLC, EDWARD HANRAHAN, THE LEADERS
GROUP, INC., and CHARLES BUCKMAN,
                    Defendants;

WESTERN RESERVE LIFE ASSURANCE
COMPANY OF OHIO,
                    Plaintiff,

        vs.                                        C.A. No. 09-473 S

JOSEPH CARAMADRE, RAYMOUR
RADHAKRISHNAN, ESTATE PLANNING
RESOURCES, INC., DK LLC, EDWARD
HANRAHAN, THE LEADERS GROUP, INC.,
and JASON VEVEIROS,
                    Defendants;


WESTERN RESERVE LIFE ASSURANCE
COMPANY OF OHIO,
                    Plaintiff,

        vs.                                        C.A. No. 09-502 S

JOSEPH CARAMADRE, RAYMOUR
RADHAKRISHNAN, ESTATE PLANNING
RESOURCES, INC., NATCO PRODUCTS
CORP., EDWARD HANRAHAN, and THE
LEADERS GROUP, INC.,
                    Defendants;


TRANSAMERICA LIFE INSURANCE
COMPANY,
                    Plaintiff,

        vs.                                        C.A. No. 09-549 S

LIFEMARK SECURITIES CORP.,
JOSEPH CARAMADRE, RAYMOUR
RADHAKRISHNAN, ESTATE PLANNING
RESOURCES, INC., and EDWARD
MAGGIOCOMO, JR.,
                    Defendants;

WESTERN RESERVE LIFE ASSURANCE
CO. OF OHIO,

Plaintiff,

vs.

C.A. No. 09-564 S

JOSEPH CARAMADRE, RAYMOUR
RADHAKRISHNAN, ESTATE PLANNING
RESOURCES, INC., HARRISON CONDIT,
and FORTUNE FINANCIAL SERVICES, INC.,

Defendants.

## CASE MANAGEMENT ORDER

It is hereby ordered that Plainiffs' Motion for a Standing Order (filed in each of the above-referenced matters except C.A. No. 09-564 S) is GRANTED. All future filings in the above-referenced matters must conform to the following conditions:

1. If only a portion of a document to be filed with the Court contains confidential information, a redacted form of that document will be electronically filed without having to first obtain leave of the Court. The unredacted form of the document should be filed conventionally with the Clerk *after* the redacted version is filed electronically;

2. All redacted and/or sealed documents that have been, or may be, filed with the Court in the above-referenced matters, will be served in unredacted form on all parties who have appeared;

3. Any documents to be filed under seal, must be filed conventionally with the Clerk's Office and must have an accompanying Motion to Seal at the time of filing, so that the Court may rule on the motion before the documents are filed by the Clerk, pursuant to LR Gen 102(a)(1).

SO ORDERED:

By: _____
Deputy Clerk

ENTER:

_____
William E. Smith
U.S. District Judge

date: 1/25/10