UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | : | |
| Plaintiff, | : | |
| vs. | : | C.A. NO. 09-471 |
| JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., ESTELLA RODRIGUES, EDWARD MAGGIACOMO, JR., LIFEMARK SECURITIES CORP. and PATRICK GARVEY, | : | |
| Defendants. | : | |

## DEFENDANTS' CONSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Defendants Joseph Caramadre, Raymour Radhakrishnan, Estate Planning Resources, Inc., Estella Rodrigues, Edward Maggiacomo, Jr., and Lifemark Securities Corp. move for an extension of time within which Defendants may file their responses to Plaintiff's opposition to Defendants' motions to dismiss up to and including February 22, 2010, to which motion the Plaintiff Transamerica Life Insurance Company has consented.

Joseph Caramadre, Raymour Radhakrishnan, Estate Planning Resources, and Estella Rodrigues

By their Attorneys,

/s/ Robert G. Flanders, Jr.
Robert G. Flanders, Jr. (No. 1785)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Lifemark Securities, Inc.

By its Attorneys,

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. (No. 1139)
Mary Dunn Cavanagh (No. 6712)
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 861-5102

Edward Maggiacomo, Jr.

By his Attorneys,

/s/ Anthony M. Traini
Anthony M. Traini (No. 4793)
Anthony M. Traini, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
Tel: (401) 621-4700
Fax: (401) 621-5888

60197-140807
# 1031834-P-v1

## CERTIFICATION

I hereby certify that on February 5, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert G. Flanders, Jr.

60197-140807
# 1031834-P-v1